GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DAMICO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>(1)  Violations of California Consumers Legal Remedies Act (Cal. Civ. Code § 1750, *et seq.*);<br><br>(2)  Violations of Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et. seq.*); |

CLASS ACTION COMPLAINT

(3)  Breach of Implied Warranty Pursuant to California Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1792 and 1791.1, *et seq.*) and Cal. Comm. Code § 2314;

(4)  Breach of Express Warranty (Cal. Com. Code § 2313);

(5) Violations of the Magnuson-Moss Warranty Act (15 U.S.C. § 2301); and

(6) Fraudulent Omission.

**<u>DEMAND FOR JURY TRIAL</u>**

**INTRODUCTION**

1.     Plaintiff Andre Damico ("Plaintiff") brings this action individually and on behalf of all similarly situated persons in the United States ("Class Members") who purchased or leased 2017 Hyundai Santa Fe vehicles ("Class Vehicles") that were designed, manufactured, distributed, marketed, sold and leased by Defendant Hyundai Motor America ("Defendant" or "Hyundai").

2.     Beginning in 2016, if not before, Defendant knew that the Class Vehicles contain one or more defects that cause, among other problems, significantly delayed acceleration, loss of power, or rough shifting ("Powertrain Defect").

3.     The Powertrain Defect has been documented to occur without warning during vehicle operation and poses an extreme and unreasonable safety hazard to drivers, passengers and pedestrians.  Numerous Class Vehicle owners have reported a significant delay in the Class Vehicle's response while attempting to accelerate from a stop and/or while cruising in situations that require the ability to accelerate rapidly (*e.g*., merging on to the highway, changing lanes, etc.).  Other Class Vehicle owners have reported jerking, lurching, and/or engine revving associated with the delayed acceleration.

4.     Plaintiff is informed and believes, and based thereon alleges, that Defendant knew the Class Vehicles were defective and not fit for their intended purpose of providing consumers with safe and reliable transportation at the time of the sale and thereafter.  Defendant has actively concealed the true nature and extent of the Powertrain Defect from Plaintiff and the other Class Members, and failed to disclose it to them, at the time of purchase or lease and thereafter.  Had Plaintiff and prospective Class Members known about the Powertrain Defect,

they would not have purchased the Class Vehicles or would have paid less for them.

5.      Plaintiff is informed and believes, and based thereon alleges, that despite notice of the Powertrain Defect from, among other things, pre-production testing, numerous consumer complaints, warranty data, and dealership repair orders, Defendant has not recalled the Class Vehicles to repair the Defect, has not offered its customers a suitable repair or replacement free of charge, and has not offered to reimburse all Class Vehicle owners and leaseholders the costs they incurred relating to diagnosing and repairing the Powertrain Defect.

6.      Hyundai knew of and concealed the Powertrain Defect that is contained in every Class Vehicle, along with the attendant dangerous safety problems and associated repair costs, from Plaintiff and the other Class Members both at the time of sale and repair and thereafter.  As a result of their reliance on Defendant's omissions and/or misrepresentations, owners and/or lessees of the Class Vehicles have suffered ascertainable loss of money, property, and/or loss in value of their Class Vehicles.

## PARTIES

**Plaintiff Andre Damico**

7.      Plaintiff Andre Damico is a California citizen who lives in Adelanto, California.  Mr. Damico purchased a 2017 Hyundai Santa Fe from Victorville Hyundai in Victorville, California, at the end of May 2016.  Prior to purchase, Mr. Damico researched his vehicle on the Internet, spoke with the dealer sales representative about the vehicle, inspected the sticker posted on the side of the vehicle and test drove the vehicle.  Mr. Damico purchased his vehicle primarily for personal, family or household purposes.  Mr. Damico's vehicle was designed, manufactured, sold, distributed, advertised, marketed and warranted by Hyundai.

8.     Within approximately three months of Mr. Damico's vehicle purchase, he began to experience the Powertrain Defect, including: delayed acceleration when taking off from a stop and when attempting to speed-up (*e.g.*, to pass another vehicle on the freeway), and RPMs spiking with no acceleration response.  Mr. Damico's vehicle was brought to Victorville Hyundai at about the time these issues were first observed; however, the dealer concluded that the vehicle was operating as intended and claimed there was nothing wrong, and did not perform any repairs or service the vehicle.

9.     At all times, Mr. Damico has driven his vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Defendant**

10.     Defendant, Hyundai Motor America is a California corporation with its principal place of business located at 10550 Talbert Avenue, Fountain Valley, California 92708 and doing business in California and throughout the United States.

11.     Defendant is responsible for the design, manufacture, distribution, marketing, sale and lease of the Class Vehicles.

12.     Whenever, in this Complaint, reference is made to any act, deed or conduct of Defendant, the allegation means that Defendant engaged in the act, deed, or conduct by or through one or more of its officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control, or transaction of the ordinary business and affairs of Defendant.

## JURISDICTION

13.     This is a class action.

14.     This Court has jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d).  The aggregated claims of the individual class

members exceed the sum value of $5,000,000, exclusive of interests and costs. This court also has federal question jurisdiction over this action under 28 U.S.C. §1331 because Plaintiff's claims under the Magnuson-Moss Act arise under federal law. This Court has personal jurisdiction over Defendant because it is registered to conduct business in California, has its principal place of business in California, and/or otherwise intentionally avails itself of the markets within California, through the promotion, sale, marketing and distribution of its vehicles in California, so as to render the exercise of jurisdiction by this Court proper and necessary.

## **VENUE**

15.    Venue is proper in this District because a substantial part of the acts and omissions alleged herein took place in this District, as Defendant has its principal place of business in this District, the Class Vehicles were and are regularly advertised, marketed, sold/leased and serviced in this District through Defendant's network of dealers. Plaintiff's counsel's Declaration of Venue, to the extent required under California Civil Code section 1780(d), is attached hereto as Exhibit 1.

## **FACTUAL ALLEGATIONS**

16.    Upon information and belief, Hyundai has sold, directly or indirectly through dealers and other retail outlets, many thousands of Class Vehicles in California and nationwide.

17.    The Powertrain Defect causes the Class Vehicles' powertrains to unexpectedly malfunction by a delayed or failed acceleration response, loss of power, or rough shifting. The Powertrain Defect presents a safety hazard that renders the Class Vehicles unreasonably dangerous to consumers because the Defect severely impacts a driver's ability to accelerate as expected under normal driving conditions and maintain an appropriate speed based on traffic flow.

18.    Plaintiff is informed and believes, and based thereon alleges, that Hyundai became aware of the Powertrain Defect through sources not available to Plaintiff and Class Members, including, but not limited to: pre-production testing, pre-production design failure mode and analysis data, production design failure mode and analysis data, early consumer complaints made exclusively to Hyundai's network of dealers and directly to Hyundai, aggregate warranty data compiled from Hyundai's network of dealers, testing conducted by Hyundai in response to consumer complaints, and repair order and parts data received by Hyundai from Hyundai's network of dealers.

19.    Hyundai had and has a duty to fully disclose the true nature of the Powertrain Defect and the associated repair costs to Class Vehicle owners, among other reasons, because the Defect poses an unreasonable safety hazard; because Hyundai had and has exclusive knowledge or access to material facts about the Class Vehicles' powertrains that were and are not known to or reasonably discoverable by Plaintiff and the other Class Members; and because Hyundai has actively concealed the Powertrain Defect from its customers.

20.    Numerous purchasers and lessees of the Class Vehicles have experienced the Powertrain Defect.  The following example complaints filed by consumers with the National Highway Transportation Safety Authority ("NHTSA") and posted on the Internet demonstrate that the Defect is widespread and dangerous:[1]

- NHTSA Complaint:  PURCHASED NEW 7/172017 SANTA FE ULTIMATE 2.0T. THIS SUV DOES NOT ACCELERATE AND LAGS ON AN INTERMITTENT BASIS HAPPENS AT A LOWER SPEED AND FROM A STOP. VERY DANGEROUS

---

[1] Spelling and grammatical errors in consumer complaints reproduced herein remain as found in the original.

WHEN MAKING A TURNS AND ENTERING FREEWAY OR TRAFFIC CICLES (ROUNDABOUTS) WHEN DEPRESSING ACCELERATOR AND YOUR VEHICLE SLOWLY MOVES FORWARD AND FAILS TO ACCELERATE TO THE REQUIRED SPEED YOU ARE REQUESTING FOR A SECOND OR MORE. NOW YOU HAVE PLACED YOURSELF IN A VERY DANGEROUS POSITION BECAUSE OFTHIS VEHICLES INABILITY TO RESPOND. THEN ALL OF A SUDDEN IT TAKES OFF. DOES NOT HAPPEN EVERY TIME BUT IS FREQUENT ENOUGH TO BE CONCERNED. HAS HAPPENED CONTINUALLY SINCE NEW. MY WIFE LOVES THE VEHICLE BUT IS AFRAID TO DRIVE IT..NO ONE SEEMS TO KNOW WHAT THE PROBLEM IS BUT THERE ARE CERTAINLY ENOUGH COMPLAINTS THAT SOMEONE SHOULD INVESTIGATE AND GET AFTER HYUNDAI TO FIX THE SITUATION BEFORE SOMEONE GOD FORBID IS KILLED.. OR THAT'S UNFORTUNATELY WHAT IT WILL TAKE TO RESOLVE THIS SERIOUS DEFECT. I LOVE THE VEHICLE ESPECIALLY THE TURBO BUT IT'S SCARY.

- NHTSA Complaint:  I PURCHASED A BRAND NEW 2017 HYUNDAI SANTA FE LIMITED ULTIMATE ON MAY 5 OF THIS YEAR, AND NOTICED A VERY HESITATION DURING THE DRIVE HOME FROM THE DEALERSHIP. I FIGURED IT WAS THE RESULT OF THE ENGINE BREAKING IN AND THAT I SHOULD JUST BE PATIENT. HOWEVER, IT CONTINUED...AND PROGRESSIVELY GOT WORSE. SPECIFICALLY, IT'S MOST PRONOUNCED WHEN I ACCELERATE FROM A DEAD STOP, ACCELERATE OUT OF A ROLLING STOP, ACCELERATE OUT OF A LEFT TURN, OR TRY TO MAKE A QUICK PASSING OR MERGING MANEUVER ON THE FREEWAY. IN ALL OF THESE CONDITIONS, THERE IS A 2 TO 3 SECOND DELAY BEFORE THE TRANSMISSION WILL SUDDENLY DOWNSHIFT AND THE VEHICLE WILL BLAST OFF. THIS IS REALLY DANGEROUS, BECAUSE I'VE HAD NEARLY A DOZEN INSTANCES OF BEING NEARLY REAR ENDED BECAUSE THE VEHICLE WON'T ACCELERATE QUICKLY ENOUGH. THE BEST WAY TO

DESCRIBE IT IS TO SAY THAT IT'S LIKE TRYING TO ACCELERATE WITH A DIRTY, SEVERELY CLOGGED, 10-YEAR-OLD ENGINE AIR FILTER, AND THE INTAKE CAN'T GET ENOUGH AIR INTO THE ENGINE TO ACCELERATE AS IT SHOULD. I'VE BEEN TO OUR LOCAL DEALERSHIP SEVERAL TIMES ABOUT THIS ISSUE AND IN EVERY INSTANCE WE'RE TOLD THAT THERE IS NOTHING THEY CAN DO UNTIL HYUNDAI RELEASES AN UPDATE OR A RECALL. BUT IN THE MEANTIME, I GUESS I'M SUPPOSED TO CONTINUE PLAYING RUSSIAN ROULETTE WITH MY LIFE. I'M AT NEARLY 9,000 MILES AND THE HESITATION IS STILL AS PRONOUNCED AS IT WAS IN THE BEGINNING. I'M TRYING REALLY HARD TO BE PATIENT AND NOT KEEP COMPLAINING TO OUR LOCAL SERVICE CENTER...BUT WE'VE HAD QUITE A FEW CLOSE CALLS, EXTREMELY CLOSE, AND I'M REALLY HOPING THAT HYUNDAI WILL PLEASE FIX THIS SOON! IN FACT, I JUST READ AN ARTICLE ABOUT HYUNDAI REPLACING THE ENGINES IN THE '17 SANTA FE'S BECAUSE OF A MANUFACTURING ISSUE WITH THE CRANKSHAFT PIN CAUSING THE EXACT SAME SYMPTOMS I'VE EXPERIENCED. SO I HOPE THAT I CAN PLEASE GET MY VEHICLE REPAIRED BEFORE I END UP IN A TERRIBLE ACCIDENT. THANKS!!

- NHTSA Complaint:  PURCHASED CAR IN JUNE 2017 AND CURRENTLY HAVE APPROX. 5100 MILES. WHEN GOING FROM A STANDSTILL STOP OR A SLOW ROLLING START (EXITING A DRIVEWAY) THE ACCELERATION IS LACKING. CAR WILL GO HIGH RPMS BUT NO SPEED. AND WHEN ATTEMPTING TO MERGE ONTO A ROAD WAY IT HAS BECOME A SAFETY CONCERN AS APPROACHING CARS FROM THE REAR CLOSE WHAT WAS A SAFE DISTANCE TO BEING ON TOP OF THE BUMPER IN NO TIME SINCE I CAN NOT ACCELERATE. 0-40 CAN TAKE UPWARDS OF 30 SECONDS WITH PEDAL DEPRESSED FULL. CAR WAS TAKEN IN FOR SERVICE AT DEALER IN DECEMBER 2017 AND WAS "CORRECTED". NOW THE PROBLEM HAS BECOME WORSE AND CAR WILL PRODUCE PROBLEM MORE

FREQENTLY AND IN ANY DRIVING CONDITION TO INCLUDE BEING IN TRAFFIC. THE ONLY WAY I CAN SOMEWHAT CORRECT THE ISSUES (AND FIGURED IT OUT DURING TRIAL AND ERROR) IS TO TURN THE DRIVE MODE TO SPORT AND TURN OFF TRACTION CONTROL. WHEN CAR IS IN ECO THE PROBLEM IS MUCH MORE SERVE AND IN NORMAL IT FREQUENTLY HAPPENS. I DO NOT FEEL I SHOULD HAVE TO ADJUST OR TURN OFF SYSTEMS IN A VEHICLE TO MAKE IT SAFE TO DRIVE NOR SHOULD I HAVE A VEHICLE I CAN NOT DRIVE AT SAFE SPEEDS.

- <u>NHTSA Complaint</u>:  THERE IS A RECURRING ISSUE WITH THE TRANSMISSION WHERE IN LOW OR SLOW SPEED SITUATIONS WHEN YOU APPLY POWER THE TRANSMISSIONS STUTTERS OR STUMBLES. IT IS MOST PREVALENT WHEN TURNING IN AN INTERSECTION ACROSS ONCOMING TRAFFIC WHERE YOU NEVER QUITE STOP OR WHEN ROLLING AT STOP SIGN. WHEN YOU APPLY THROTTLE THE CAR SHIFT LOGIC SEEMS CONFUSED AT WHAT GEAR TO GO INTO SO IT JUST SITS THERE OR LURCHES, THEN TO GET GOING YOU HAVE TO APPLY FULL THROTTLE SO IT PICKS THE CORRECT GEAR TO ACCELERATE IN. THE CAUSES A HIGH SPEED REACTION IN THE VEHICLE, WHICH IS NOT SAFE EITHER. THIS VEHCILE HAS THREE DRIVING MODES. THE DEFAULT, NORMAL SETTING. ECON, AND SPORT. SPORT SETTING SEEMS TO CORRECT THIS SAFETY ISSUE, BUT IT HAS TO BE TURNED ON EACH TIME THE CAR IS RESTARTED. SPORT MODE THEN LOCKS OUT OVERDRIVE SO YOU MUST THEN PHYSICALLY RETURN THE CAR TO NORMAL MODE TO GET IT TO RETURN TO 6TH GEAR OR OVERDRIVE.  I HAVE BEEN DRIVING MORE THAN 23 YEARS AND HAVE HAD PROBABLY 40 DIFFERENT VEHICLES, THIS TRANSMISSION RENDERS THE VEHICLE NEARLY UNDRIVABLE IN SOME SITUATIONS. IN CERTAIN SCENARIOS WHEN YOU REALLY NEED THE VEHICLE TO ACCELERATE IT MAY NOT AND YOU MAY BE HIT

BY ONCOMING TRAFFIC, A TRAIN ETC.  THIS HAS BEEN AN ISSUE SINCE THE CAR WAS DRIVEN OFF THE LOT.

- NHTSA Complaint:  WHILE IN SLOW SPEEDS, THE TRANSMISSION STRUGGLES TO SELECT THE PROPER GEAR. CAUSING THE VEHICLE TO ACCELERATE FASTER TAN NORMAL, SPECIALLY WHILE TURNING AFTER REDUCING SPEED. YOU HAVE TO CONTROL THE ACCELERATION USING YOUR DRIVING EXPERIENCE, HOWEVER THIS IS NOT SAFE AT ALL. TESTED USING, ECO, NORMAL AND SPORT DRIVING MODES, THE ONLY TIME I COULDNT REPRODUCE THE ISSUE WAS WHILE ON SPORT MODE (I WANT TO DRIVE ON ECO WHILE IN THE CITY) HOPEFULLY HYUNDAI WILL TACKLE THIS ISSUE.

- NHTSA Complaint:  WHEN SLOWING DOWN THEN ACCELERATING TO A HIGHER SAY (SAY IN STOP AND GO TRAFFIC) THE TRANSMISSION FREQUENTLY LUGS AND STRUGGLES TO SELECT A GEAR, RESULTING IN A SIGNIFICANT ACCELERATION DELAY. THIS POSES A SAFETY ISSUE AS A DELAY IN ACCELERATION COULD LEAD TO A COLLISION. THIS HAS BEEN AN ISSUE SINCE THE CAR WAS NEW.

- NHTSA Complaint:  PURCHASED NEW ON APRIL 17TH OF THIS YEAR. VEHICLE CONTINUALLY HAS A PROBLEM ACCELERATING FROM LOW SPEED....ROUGHLY BETWEEN 2 AND 10 MILES AN HOUR. IF YOU SLOW DOWN BUT DO NOT COME TO A COMPLETE STOP THE VEHICLE WILL HAVE A LONG PAUSE THEN LURCH INTO CORRECT GEAR. RENDERS CAR NEARLY UNDRIVEABLE AT LOW "PARKING LOT" TYPE SPEEDS. DEALER STATES THAT WITHOUT A CHECK ENGINE LIGHT THERE IS NO PROBLEM. CLEARLY THERE IS SOME SORT OF PROBLEM AS EVERY COMPLAINT I SEE IS REGARDING THIS EXACT SAME ISSUE. HYUNDAI NEEDS TO FIX THIS OR I WILL TERMINATE MY LEASE AND SEEK REIMBURSEMENT FOR MONEY SPENT ON THIS VEHICLE.

- NHTSA Complaint:  I HAVE A 2017 SANTE FE LIMITED ULTIMATE AND WHEN SLOWING DOWN TO BETWEEN 10 TO 15 MPH AND THEN TRYING TO ACCELERATE THE 3.3 LITER MOTOR 6 SPEED TRANSMISSION HESITATES WHEN DOWN SHIFTING FROM 3RD GEAR TO 2ND GEAR. THIS HESITATION LEFT ME IN INTERSECTIONS A FEW SECONDS LONGER THAN I SHOULD HAVE BEEN MAKING THE CARS COMING FROM THE OPPOSITE DIRECTION DANGEROUSLY CLOSE TO ME. I'VE BEEN TO TWO HYUNDAI DEALERSHIPS AND AFTER TEST DRIVING THE CAR WITH ME THE HYNDAI MECHANICS TOLD ME THIS WAS THE WAY THE CARS WERE DESIGNED AND WITHOUT CODE LIGHTS COMING ON THEY COULD NOT FIX THE CAR. HEARING THIS FROM HYUNDAI MECHANICS WAS NOT CONFIDENCE INSPIRING TO LEARN THAT WITHOUT A CODE LIGHT COMING ON THEY COULD NOT FIND OR FIX A PROBLEM. ALSO AT HIGHWAY SPEEDS IF YOU STEP DOWN ON THE GAS TOO FAR THE CAR WILL DOWN SHIFT TO MUCH AND THE MOTOR WILL REV UP TO 6000 RPMS RESULTING THE CAR NOT ACCELERATING. I HAD A 2011 SANTE FE GLS WITH A 6 CYLINDER MOTOR AND IT SEEMED TO BE MORE RESPONSIVE THE TRANSMISSION FOR THAT YEAR SEEMED BETTER MATCHED FOR THE MOTOR AND WORKED FLAWLESSLY. HOPEFULLY HYUNDAI FINDS A FIX/UPDATE FOR THIS PROBLEM BECAUSE THERE IS A LOT TO LIKE ABOUT THIS CAR.

- NHTSA Complaint:  TRANSMISSION HESITATES BADLY FOR ABOUT 1-2 SECONDS BEFORE GOING INTO GEAR TO MOVE CAR AFTER COMING TO COMPLETE/ROLLING STOP OR IN SLOW TURNS. TRANSMISSION DOES THIS ONLY INTERMITTENTLY. THIS CAN BE DANGEROUS FOR MERGING INTO TRAFFIC ON HIGHWAY OR STREETS DUE TO FACT THAT CAR WILL NOT RESPOND IMMEDIATELY TO DRIVER ACCELERATION INPUT. THIS IS AN ONGOING

PROBLEM SINCE WE BOUGHT THE CAR BRAND NEW 3 WEEKS AGO.

- NHTSA Complaint: WHEN DEPRESSING THE ACCELERATOR AT SPEEDS LESS THAN ABOUT 10MPH, THE VEHICLE HAS A VERY SIGNIFICANT HESITATION/ENGINE STUMBLE - ABOUT 2 SECONDS WHEN THE VEHICLE IS COMPLETELY NON-RESPONSIVE AND BOGS DOWN. HAPPENS EVERY TIME AT LOW SPEED TURNS, AND IS DANGEROUS WITH VEHICLES BEHIND. OWNED A 2014 HYUNDAI SANTA FE SPORT 2.0 TURBO AND NEVER HAD AN ISSUE WITH IT. I HOPE AND PRAY THEY CAN FIX THIS ISSUE BECAUSE THIS VEHICLE HAS A LOT TO OFFER BUT THIS PROBLEM TAKES AWAY FROM ALL OF IT. ALSO RECEIVED A SURVEY FROM HYUNDAI ENGINEERS AND IN THE "ENGINE" CATEGORY THE ONLY COMPLAINT TO PICK FROM WAS "ENGINE STUMBLES" COINCIDENCE OR ARE THEY WORKING TO RESOLVE THIS ISSUE?

- NHTSA Complaint: 2017 SANTA FE SE 3.3L V-6 (3 ROW) FREQUENTLY HESITATES/STUMBLES BADLY WHEN GIVEN NORMAL ACCELERATION AT 5-15 MPH. WHEN SLOWING DOWN OR ROLLING STOP, VEHICLE SEEMS NOT TO DOWNSHIFT FROM 3RD GEAR TO 2ND GEAR CORRECTLY. CAR IS UNRESPONSIVE FOR 1-3 SECONDS, THEN THERE IS A DELAY AND LURCHING FORWARD AS THE CAR FINALLY DOWNSHIFTS AND ACCELERATES. I HAVE HAD A NUMBER OF DANGEROUS CIRCUMSTANCES WHERE THE CAR STUMBLED JUST AS I WAS ACCELERATING TO MERGE WITH FASTER TRAFFIC. THE SELLING DEALER DROVE THE CAR AND COULD NOT FIND A PROBLEM OR AN ERROR CODE IN ANY OF THE ONBOARD SYSTEMS. PROBLEM OCCURS IN ALL 3 DRIVE MODES. PROBLEM BECAME VERY NOTICEABLE AT APPROXIMATELY 200 MILES. CAR NOW HAS 1300 MILES. PROBLEM HAS NOT IMPROVED OR CHANGED SINCE I PURCHASED THE CAR NEW IN APRIL, 2016.

- <u>NHTSA Complaint:</u>   TRANSMISSION NOT DOWN SHIFTING WHEN RE THROTTLING OUT OF CORNERS AS IN TURNING AND WHEN TRYING TO CROSS TRAFFIC, YOU SLOW DOWN THAN HIT THE GAS AND IT FEELS LIKE IT'S IN A HIGH GEAR ,YOU SLOWLY CREEPS OUT INTO ON COMING TRAFFIC WAITING FOR THE DOWN SHIFT TO PUT YOU INTO 1 ST GEAR SO YOU WON'T BE KILLED BY ON COMING FLOW, VERY DANGEROUS, VEHICLE ONE WEEK OLD

- <u>NHTSA Complaint:</u> BRAND NEW VEHICLE (1600 MILES) HESITATES WHEN I GO FROM A COMPLETE STOP AND START TO ACCELERATE AT LOW SPEEDS. MAINLY NOTICE IT WHEN TAKING A CORNER. IT SEEMS AS IF IT HAS TROUBLE SELECTING THE GEAR AND ONCE IT DOES, IT LURCHES FORWARD. DANGEROUS WHEN PULLING OUT INTO TRAFFIC AS THE HESITATION PUTS YOU IN THE MIDDLE OF THE ROAD JUST A LITTLE TOO LONG FOR COMFORT. ALSO, MY TRACTION CONTROL LIGHT WILL COME ON AROUND CERTAIN CORNERS AND LEAVES ME WITHOUT CONTROL OF THE CAR. ALSO ANOTHER SAFETY ISSUE AS AGAIN THE CAR HESITATES OR LOCKS UP BECAUSE OF THIS FEATURE AND DOESN'T ALLOW ME TO DRIVE FORWARD AS I WISH. IT'S THE MIDDLE OF THE SUMMER WITHOUT ANY RAIN AND DEFINITELY NO SNOW ON THE GROUND (I'D SAY PERFECT ROAD CONDITIONS) SO NO REAL REASON WHY MY TRACTION CONTROL SHOULD BE TURNING ON AROUND CORNERS. VERY CONCERNED ABOUT THIS ISSUE! ALSO, I SHOULD NOTE THAT THESE ISSUES HAVE BEEN HAPPENING LONG BEFORE 1600 MILES. I NOTICED THEM THE FIRST WEEK OR SO THAT I TOOK THE VEHICLE HOME SO DEFINITELY LESS THAN 500 MILES AS I BOUGHT IT NEW. FOR A BRAND NEW, FAIRLY EXPENSIVE VEHICLE I SHOULDN'T HAVE TO FEEL LIKE MY CONFIDENCE IN IT'S BASIC PERFORMANCE IS COMPROMISED.

- **NHTSA Complaint:**  HE VEHICLE :"CHOKES" OUT AT LOW SPEED OFTEN WHEN TURNING A CORNER OR FROM A SLOW START. I TOOK THE VEHICLE INTO THE DEALER AND THEY RAN DIAGNOSTICS AND DECLARED THEY DETECTED NO PROBLEM. HOWEVER, THE PROBLEM STILL EXISTS AND MAY CAUSE AN ISSUE IF ACCELERATION IS REQUIRED.

- **NHTSA Complaint:** HESITATES WHEN TAKING OFF. JERKS AT ABOUT 10 MPH AND THEN AGAIN AT ABOUT 20 MPH BUT NOT AS BAD AS AT 10 MPH. HESITATES WHEN GIVEN GAS AFTER JERKING. FEELS AS IF I HAVE GOT TO ABOUT 10 MPH THEN SLAMMED ON MY BREAKS BEFORE IT WILL START TO GO AGAIN. I'M SCARED TO TRY AND PULL OUT INTO BUSY TRAFFIC. I AM WORRIED I WILL GET HIT DUE TO NOT BEING ABLE TO DEPEND THAT IT WILL GO WHEN I'M TRYING TO GO.

- **NHTSA Complaint:** I AM EXPERIENCE A HESITATION IN THE ACCELERATION FROM EITHER A DEAD STOP OR A ROLLING STOP. WHEN THE ACCELERATOR IS PUSHED, THERE IS A 1-2 SECOND DELAY IN POWER. THE ENGINE APPEARS TO CUT OUT AND THEN IT KICKS IN AND TAKES OFF. THE FIRST HAPPENED WITH 50 MILES ON THE CAR AND HAS HAPPENED OVER TWO DOZEN TIMES OVER THE NEXT 3700 MILES. NOT ONLY IS IT VERY ANNOYING, BUT HAS BEEN DANGEROUS WHEN TRYING TO ENTER A LANE TO GET UP TO SPEED WITH TRAFFIC.

- **NHTSA Complaint:** SOMETIMES AFTER SLOWING TO MAKE A TURN THE CAR'S ENGINE SEEMS TO "STUMBLE" FOR A SECOND BEFORE ACCELERATION CAN BEGIN. COMES AS A SURPRISE AND BECAUSE OF THE HESITATION CATCHING ME OFF-GUARD I AM PITCHED FORWARD IN MY SEAT. NOTHING CATASTROPHIC, BUT VERY ANNOYING AND COULD BE DANGEROUS TO A DRIVER NOT KNOWLEDGEABLE

ABOUT THIS PROBLEM. THIS IS A BRAND NEW CAR AND I NOTICED THIS PROBLEM AFTER ONLY A DAY OR TWO OF OWNERSHIP. I SUSPECT THIS IS A SOFTWARE ISSUE AND CAN BE FIXED WITH A REFLASH OF THE ECU, BUT THAT'S JUST MY BEST GUESS. HAVE NOT CONTACTED THE DEALERSHIP YET, BUT THOUGHT I'D FILE THIS COMPLAINT FIRST TO SEE IF A RECALL CAN BE ISSUED TO FIX THIS PROBLEM.

- NHTSA Complaint: THE CARE HAS LESS THAN 200 MILES ON IT. IT HAS A SERIOUS HESITATION PROBLEM WHEN SLOWING DOWN AND THEN ATTEMPTING TO ACCELERATE. THIS HAS CAUSED ME A COUPLE OF NEAR COLLISIONS WHEN SLOWING DOWN THROUGH AN INTERSECTION AND THEN ATTEMPTING TO DRIVE THROUGH. THE CAR WILL NOT RESPOND IMMEDIATELY TO MAY ATTEMPT TO ACCELERATE. THERE ARE NUMEROUS OTHER COMPLAINTS OF THIS MAKE AND MODEL (I HAVE THE SANTA FE ULTIMATE VERSION).

- NHTSA Complaint: TL* THE CONTACT OWNS A 2017 HYUNDAI SANTA FE. WHILE ATTEMPTING TO ACCELERATE, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE FAILURE OCCURRED EVERY TIME THE VEHICLE WAS DRIVEN. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE WAS ACKNOWLEDGED, BUT THERE WAS NO REMEDY. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 3,000.

- NHTSA Complaint: WHEN ACCELERATING AFTER SLOWING DOWN TO EITHER MAKE A LEFT OR RIGHT TURN CAR LOSES POWER TO THE ENGINE. IT APPEARS THAT THE CAR IS HESITATING TO ACCELERATE AND CAN BE VERY DANGEROUS WHEN ENTERING THE HIGHWAY. THIS CAN BE VERY FATAL ESPECIALLY FOR DRIVERS UNAWARE OF THIS ISSUE. IF IT

PRESENTS ITSELF AT THE WRONG TIME CAN LEAD TO A VERY SERIOUS ACCIDENTS WITH POTENTIAL FATALITIES. THIS HAS HAPPENED SINCE THE CAR WAS PURCHASED IN MAY 2016 CURRENTLY CAR HAS OVER 1600 MILES (3 MONTHS OWNED). POTENTIAL RE-FLASHING OF AUTOMOTIVE COMPUTER IS REQUIRED. COULD BE PART OF THE TRACTION CONTROL SYSTEM AND THE CARS ROLL OVER SENSORS WHICH CAN BE CONTRIBUTING. HYUNDAI HAS TO RESEARCH THIS BEFORE SOMEONE GETS INJURED.

- NHTSA Complaint: ON LOW SPEED TURNS (BELOW 20 MPH) THE ENGINE AND TRANSMISSION EXHIBIT A LOSS OF POWER. THIS JEOPARDIZES MY FAMILY'S SAFETY WHEN TURNING IN TRAFFIC. I HAVE OPENED A CASE WITH HYUNDAI AMERICA (#9484960) WHO LEFT ME A VOICEMAIL (STILL HAVE IT) STATING THERE IS A SOFTWARE UPDATE TO ADDRESS THE ISSUE I DESCRIBED. I HAD UPDATE #16-01-032 APPLIED ON 08/15/2016. HOWEVER, THE ISSUE IS TILL PRESENT. I ALSO JUST DISCOVERED THAT WHEN TOWING A TRAILER THE RIGHT TURN SIGNAL DOES NOT WORK. THIS IS ANOTHER SAFETY ISSUE. ADDITIONALLY THE LIGHTS OF THE TRAILER CONSTANTLY RUN EVEN WHEN THE POWER IS COMPLETELY OFF. LASTLY THE HARNESS WHERE THE TRAILERS ELECTRICAL PLUGS INTO ON THE VEHICLE, POPS OUT OF PLACE WHEN PLUGGING IT IN. IN TURN CAUSING ME TO RESEAT THE VEHICLES HARNESS EACH TIME. I WANT OUT OF THIS VEHICLE BUT THEY WILL NOT OFFER ME A BUY BACK. I PLAN TO CONTACT A LEMON LAW ATTORNEY AS I AM UNABLE TO RECEIVE HELP OTHERWISE.

- NHTSA Complaint: THE TRANSSMISION FAILS TO SHIFT DOWN UPON COMING TO A ROLLING STOP, SUCH AS WHEN COMING TO A STOP AT A RED LIGHT, THEN THE LIGHT GOES GREEN AND YOU ACCELERATE, OR TURNING IN AN INTERSECTION AFTER COMING TO A NEAR STOP, OR AFTER TRAFFIC SLOWS AND YOU COME TO A NEAR STOP BEHIND A CAR, THEN TRAFFIC

BEGINS TO MOVE AND YOU ACCELERATE OUT OF THE SLOW DOWN. UPON ACCELERATION, THE CAR INITIALLY DOES NOT RESPOND, THEN IMMEDIATELY FOLLOWING THE HESITATION, LURCHES FORWARD AS THE TRANSMISSION FINALLY SHIFTS TO A LOWER GEAR. THIS USUALLY OCCURS AT SPEEDS UNDER 10MPH. THE SITUATION IS DANGEROUS AS THE HESITATION IS NOT ONLY ABRUPT, BUT LEAVES YOU HANGING PRECARIOUSLY, MOMENTARILY DEAD IN THE WATER WHEN ACCELERATION IS NEEDED IN TRAFFIC. THIS PROBLEM HAS BEEN REPORTED TO THE MANUFACTURER. THE MANUFACTURER FEELS IT IS A SOFTWARE GLITCH. THE FREQUENCY OF THE PROBLEM IS INCREASING, AND MAY EVENTUALLY LEAD TO AN ACCIDENT. THE VEHICLE PERFORMS WELL OTHERWISE.

- <u>NHTSA Complaint</u>: HESITATION WHEN TURNING AND ACCELERATING FROM A STOP, AS YOU DO WHEN PULLING OUT INTO TRAFFIC. CAR NEARLY COMES TO A STOP. NEARLY HAD AN ACCIDENT AND I HAVE LESS THAN 1000 MILES ON ODOMETER. DOES THIS INTERMITTENTLY AND IS BAR TO RECREATE AT WILL. HAPPENS MOSTLY IN NORMAL MODE. NEED A RECALL AND FIX!!

- <u>NHTSA Complaint</u>: I HAVE A 2017 HYUNDAI SANTA FE LIMITED ULTIMATE AND LIKE MANY PEOPLE ACROSS THE USA THE CAR HAS HESITATION WHEN TRYING TO ACCELERATE AT SPEEDS BELOW 20 MPH. I HAD THE RECALL / REFLASH OF THE COMPUTER DONE ON 08/10/16 AND THE HESITATION IN TURNS IS A LITTLE LESS ABRUPT BUT STILL PRESENT AND INTERMITTENT. I NEVER HAD HESITATION WHEN 4TH GEAR DOWN SHIFTED TO 3RD GEAR GOING STRAIGHT BUT I NOW HAVE IT ALONG WITH HESITATION WHEN THE CAR DOWN SHIFTS FROM 3RD TO 2ND. I'VE CALLED HYUNDAI CUSTOMER SERVICE AND ASKED FOR A BUY BACK AND THEY TOLD ME CHRIS FROM REGIONAL WILL CALL ME BACK IN 3 TO 5 BUSINESS

DAYS I'VE CALLED CUSTOMER SERVICE TWICE AND
ASKED FOR AN UPDATE ON MY CASE ( CASE NUMBER
9309476) AND THEY JUST KEEP TELLING ME
REGIONAL WILL CALL ME THAT WAS TWO WEEKS
AGO. I HAVE NEVER ASKED FOR A BUY BACK ON ANY
CAR AND I HAVE BEEN VERY PATIENT AS MANY
PEOPLE HAVE BEEN ACROSS THE COUNTRY BUT AT
THIS POINT I FEEL I AM GOING TO HAVE TO CONTACT
A LAWYER THAT HANDLES LEMON LAWS TO GET
ANY RESULTS. IN ADDITION HYUNDAI HAS NEVER
ADDRESSED THE LACK OF AUDIBLE WARNING IN THE
FRONT PASSENGER SEAT WHEN THE OCCUPANT DOES
NOT FASTEN THEIR SAFETY BELT . GOOD LUCK TO
ALL WITH SAME ISSUE.

- <u>NHTSA Complaint:</u> WHEN ACCELERATING FROM A STOP
AND ENTERING TRAFFIC, WHEN YOU PRESS ON
ACCELERATOR THE TRANSMISSION DIS ENGAGES
AND LEAVES YOU IN THE MIDDLE OF THE
INTERSECTION WITH NO POWER AND PUTTING YOU
IN DANGER OF BEING HIT. ONCE TRANSMISSION
KICKS BACK IN, THE ENGINE REVS AND VEHICLE
JOLTS. THIS IS VERY DANGEROUS AND WILL GET
SOMEONE KILLED. HYUNDAI HAS TO ADDRESS THIS
ISSUE.

- <u>NHTSA Complaint:</u> WHEN ACCELERATING AT LOW
SPEEDS, THE VEHICLE DOES NOT SHIFT PROPERLY
AND POSES DANGER. TOOK IT TO A DEALER AND
CONFIRMED THAT THE VEHICLE DOES NOT SHIFT
PROPERLY. SINCE IT DOES NOT THROW CHECK
ENGINE LIGHT, DEALER SPECIFIED THAT THEY ARE
NOT SUPPOSED TO FIX IT WITHOUT ANY CODE. THIS
LOOKS REALLY DANGER.

- <u>NHTSA Complaint:</u> I BOUGHT A 2017 HYUNDAI SANTE
FE TORBO ULTIMATE AND FOUND ON
EXCELLERATION THERE WAS A BAD HESITATION. I
WAS ALMOST KILLED WHEN GOING ON TO THE
HIGHWAY, A TRACTOR TRAILER WAS FAR ENOUGHT

AWAY FROM ME TO PULL OUT, BUT UPON STEPPING ON THE GAS THE CAR HESITATED SO BAD IT ALMOST STALLED, THEN THE TACH SHOT TO 6000 RPM'S AND IT TOOK OFF. THANK GOD I COULD PULL OVER OR I WOULD HAVE BEEN KILLED.

- NHTSA Complaint:   SANTA FE WILL STALL FROM A STOP WHEN MAKING A TURN ALSO WILL STALL AT A SLOW SPEED WHEN YOU TRY TO GIVE IT GAS THE DATE I PUT ON THIS FORM IS THE LAST TIME IT HAPPENED. THIS PROBLEM HAS HAPPENED BEFORE.

- NHTSA Complaint:   VEHICLE HESITATES WHEN PULLING OUT IN TRAFFIC FROM A TURN OR STOP LIKE IT'S NOT IN GEAR MOMENTARILY. VERY DANGEROUS, PLEASE FIX BEFORE SOMEONE IS KILLED. ALSO I HAVE ONLY 2100 MILES ON THE CAR AND I NOTICED THE PAINT HAS CHIPS ALL OVER THE HOOD, FRONT BUMPER,QUARTER PANELS. I DON'T KNOW IF HYUNDAI IS USING VERY CHEAP CLEAR COAT OR IF IT'S JUST TOO THIN, BUT AT THIS RATE THE PAINT WILL BE GONE IN A YEARS TIME.I OWN A 2011 SORENTO (BOUGHT NEW) THAT HAS LESS CHIPS ON IT. COME ON HYUNDAI FIX THESE ISSUES OR GET YOUR CARS OUT OF THE USA. ALL BRANDS HAVE ISSUES BUT IT'S HOW YOU RESOLVE THEM THAT MATTERS.

- NHTSA Complaint:   I HAVE HAD THE CAR 2.5 MONTHS AND AT LEAST ONCE A DAY THERE IS A MAJOR DELAY WHEN ACCELERATING FROM A STOP OR ROLLING STOP. THE CAR JERKS, AND DOES NOT ACCELERATE FOR A FEW SECONDS. THIS IS VERY DANGEROUS WHEN TURNING, GETTING ONTO THE FREEWAY, CHANGING LANES, ETC. I CAN NOT AFFORD TO HAVE MY CAR NOT ACCELERATE WHEN I PUSH ON THE GAS!! HOW IS THIS GOING TO BE FIXED? I SEE THERE HAVE BEEN COMPLAINTS ON THIS FOR MONTHS!

- NHTSA Complaint:   I HAVE BEEN EXPERIENCING INTERMITTENT HESITATION WITH ACCELERATION (ESPECIALLY WHEN RESUMING SPEED AFTER SLOWING DOWN). I HAVE TAKEN CAR BACK TO DEALERSHIP 3 TIMES. THEY PERFORMED A COMPUTER UPDATE TO "RELEARN MY DRIVING STYLE" AND THEN THEY REPLACED THE TRANSMISSION. NOTHING HAS HELPED. I HAD THE TECH TEST-DRIVE WITH ME. HE FELT THERE WAS A SHIFT-LAG FROM 3-2, BUT SAID IT WAS NORMAL. I'M TOLD NOTHING ELSE CAN BE DONE UNTIL A RECALL IS ISSUED. I'VE HAD MY CAR 2 MONTHS (4000 MILES) AND IT HAS NEVER DRIVEN RIGHT SINCE I BROUGHT IT HOME. *TR

- NHTSA Complaint:   THE 2017 HYUNDAI SANTA FE LIMITED WILL BOG DOWN WHEN STARTING FROM A STOPPED OR LOW SPEED WHILE TRYING TO MERGE INTO TRAFFIC OR TURNING. THERE IS A SIGNIFICANT HESITATION - ALMOST TO THE POINT OF STOPPING WHILE MERGING - VERY SIGNIFICANT SAFETY ISSUE. BEEN AN ONGOING PROBLEM SINCE BOUGHT 5/31/16

- NHTSA Complaint:   INTERMITTENTLY SINCE PURCHASING THE VEHICLE ON 3/28/16, WHEN ACCELERATING FROM A STOP (EG. MERGING INTO TRAFFIC), USUALLY TURNING TO THE RIGHT OR LEFT, THE VEHICLE HESITATES FOR WHAT SEEMS TO BE MORE THAT A COUPLE OF SECONDS. THE HESITATION IS ENOUGH TO CAUSE PANIC THAT ONCOMING TRAFFIC WILL HAVE TO STOP ABRUPTLY TO AVOID A COLLISION. ON ONE OCCASION, THE VEHICLE WAS PULLED OFF THE SIDE OF THE ROAD TO GET OUT OF THE WAY OF TRAFFIC BECAUSE IT WOULD NOT ACCELERATE FAST ENOUGH. THE CONDITION IS VERY WORRISOME BECAUSE YOU NEVER KNOW WHEN IT WILL OCCUR, WE CAN'T SEEM TO MAKE IT HAPPEN ON COMMAND. THE 3.3L V6 IS VEY PEPPY WHEN EVERYTHING IS WORKING RIGHT, BUT YOU LOSE CONFIDENCE IN IT WHEN THESE HESITATION EVENTS

OCCUR. ADDITIONALLY, WE HAVE NOTICED THAT THE VEHICLE HAS A HARD TIME SELECTING A GEAR WHEN DOWNSHIFTING WHILE MOVING AT AROUND 30-40 MPH. WHAT HAPPENS IS THE TRANSMISSION SEEMS TO STAY IN A "FLOAT" CONDITION FOR AN EXTENDED PERIOD OF TIME AND FINALLY WILL SELECT THE GEAR AND ACCELERATE. DON'T KNOW IF THE TWO CONDITIONS ARE RELATED, BUT BOTH ARE SCARY WHEN ACCELERATION DOESN'T HAPPEN WHEN YOU PRESS THE ACCELERATOR PEDAL. THE DATE OF WHEN THIS HAPPENED IS FOR THE MOST RECENT.

- NHTSA Complaint:  WHEN DOING A LOW SPEED TURN,AND DRIVE MODE SWITCH IS IN ECO MODE,WAY TOO MUCH LAG TIME BEFORE VEHICLE ACCELERATES.YOU PUSH ACCELERATOR PEDAL DOWN ,NORMALLY,AND VEHICLE DOES NOT SPEED UP ,INSTANTLY.SOMETIMES,IT IS A FULL SECOND BEFORE VEHICLE STARTS TO GAIN SPEED.THAT IS DANGEROUS WHEN VEHICLES ARE APPROACHING YOU.I HAVE HAD THE VEHICLE ONLY THREE WEEKS,AND THIS CAN BE EXTREMELY DANGEROUS.I TRADED IN A LIKE MODEL VEHICLE,WHICH WAS A 2013 YEAR,AND IT DID NOT HAVE THAT ISSUE IN ECO MODE.THIS ISSUE MUST BE FIXED.

- NHTSA Complaint:  WHEN ACCELERATING THE CAR BOGS DOWN. IT HAPPENS RANDOMLY. DANGEROUS IF YOU ARE MAKING A LEFT HAND TURN WITH ONCOMING TRAFFIC. YOU CAN GET STUCK IN THE INTERSECTION.

- NHTSA Complaint:  ENGINE STALLING AT SLOW SPEEDS. FURTHER, AT SLOW SPEEDS, THERE IS A SIGNIFICANT DELAY OF SEVERAL SECONDS FOR POWER DELIVERY. FOR EXAMPLE, IF DRIVING SLOWLY, SAY AT 5 MPH, AND POWER IS NEEDED IMMEDIATELY (SUCH AS IN AN EMERGENCY OR A LANE CHANGE SITUATION), NOTHING HAPPENS FOR

OVER 3 SECONDS WHEN THE ACCELERATOR PEDAL IS DEPRESSED, FOLLOWED BY A DANGEROUS LURCH WHEN POWER IS DELIVERED SUDDENLY. THIS IS A HIGHLY DANGEROUS AND UNACCEPTABLE CONDITION. I SPOKE TO THE DEALER, WHO DISMISSED MY COMPLAINT AND CLAIMED THAT "ALL CARS ARE THE SAME THESE DAYS". THIS IS A REGULAR PROBLEM THAT OCCURS MULTIPLE TIMES EVERY DAY.

- NHTSA Complaint:  MY BRAND NEW 2017 SANTA FE LIMITED HESITATES BADLY WHEN COMING OUT OF TURNS AND ATTEMPTING TO ACCELERATE...JUST SHORT OF COMING TO A STOP. IT IS VERY PRONOUNCED WHEN IN ECO MODE, BUT IS AN ISSUE TO A LESSER DEGREE IN THE OTHER TWO DRIVING MODES. DOES ANYONE ELSE HAVE THIS ISSUE? (I HAVE AN APPOINTMENT SOON TO GET IT LOOKED AT, BUT WAS TOLD THAT THERE IS NO ADJUSTMENT THAT THEY CAN DO.) IT IS UNACCEPTABLE AND I'M LOOKING TO HEAR IF THIS IS A COMMON. THE OWNERS MANUAL STATES THAT PERFORMANCE IN ECO MODE IS LESS. BUT THIS IS VERY ANNOYING AND BORDERS BEING DANGEROUS.

- NHTSA Complaint:  2017 STA FE 7 SEATER:WHEN GOING TO A SLOW SPEED TO ALMOST COMPLETE STOP THEN TRY TO TURN RIGHT FROM THE INTERSECTION,THE SUV CAN'T FIND THE RIGHT GEAR FOR FEW SECONDS THEN LOUNGES ABRUPTLY THAT JOLT YOUR BODY FORWARD AND BACK FROM YOUR SEAT.IT SHIFT BEAUTIFULLY WHEN TURNING TO THE LEFT OR FROM STRAIGHT LINE.IT FEELS VERY WEIRD AND DANGEROUS THAT YOU MIGHT HIT THE CAR IN FRONT OF YOU OR YOU MIGHT BE HIT FROM BEHIND.I HOPE THAT YOUR GOOD OFFICE WILL INVESTIGATE THIS PROBLEM BEFORE ANY ACCIDENT HAPPENS.IT MAKES ME NERVOUS EVERY TIME I MAKE A RIGHT TURN.

- NHTSA Complaint:  CAR HESITATES TO ACCELERATE FROM A COMPLETE STOP, ACCELERATING WHILE COMING OUT OF TURN, OR SLOWING DOWN AND ACCELERATING AGAIN. ALSO SEEMS TO BE USING A LOT OF GAS. HAVEN'T CALCULATED IT YET BUT CAN SEE THE FUEL GAUGE LOWER AS I'M DRIVING. CAR ONLY HAS 17000 MILES.

- NHTSA Complaint:  HIT POT HOLE AFTER STOP AND STABILITY CONTROL STOPS POWER TO TRANSMISSION...5-8 SECONDS OF NO ACCELARATION HAS CAUSED SAFETY ISSUE WHEN MERGING INTO TRAFFIC. APPEARS TO BE A VERY COMMON PROBLEM ON USER BASED FORUMS.

- NHTSA Complaint:  WHEN MAKING A RIGHT, LEFT, OR U TURN THE POWER COMPLETELY CUTS OUT AND THE CAR IS LEFT DRIFTING WITHOUT POWER. THEIR IS NO RESPONSE TO PUSHING ON THE GAS PEDDLE WHEN THIS HAPPENS. AT THE SAME TIME ON THE DASH THE ORANGE TRACTION CONTROL LIGHT COMES ON. THIS LAST FOR A NUMBER OF SECONDS AND THEN THE ENGINE STARTS TO ONCE AGAIN RESPOND TO THE GAS PEDDLE. THIS PROBLEM HAS HAPPENED TO ME AND MY WIFE12 TIMES SINCE WE PURCHASED THE CAR 3-1/2 MONTHS AGO. THE PROBLEM HAS OCCURRED IN ALL WEATHER CONDITIONS FROM A STANDING START AND A ROLLING YIELD OR U TURN. THE PROBLEM HAS ALWAYS OCCURRED ON A PAVED PUBLIC, CITY/COUNTY, STREET I HAVE HAD THE CAR TO TWO DIFFERENT DEALERS, ONE SEVERAL TIMES, AND BOTH TELL ME THAT THEIR ARE "NO CODES SHOWING" SO THAT THEIR IS NOTHING THAT THEY CAN DO. YOU HAVE TO EXPERIENCE THE FRIGHT OF LOOSING POWER WHILE YOU'RE IN THE PROCESS OF A RIGHT OR LEFT HAND TURN WITH TRAFFIC COMING AT YOU FROM ONE OR BOTH SIDES TO APPRECIATE HOW TRULY DANGEROUS THIS CAR IS. THIS IS OUR 4TH OR 5TH SANTA FE, UP TO NOW ALL OF THEM

HAVE BEEN GREAT BUT I AM AFRAID TO DRIVE THIS NEW CAR WE HAVE NOW.

- NHTSA Complaint:  SOMETIMES, WHEN I PRESS THE GAS TO ACCELERATE, MY CAR DOES NOT GO. IT WILL MOVE FORWARD AT A SLOW PACE BUT THEN DOESN'T GO AS FAST AS I'M PRESSING THE GAS PEDAL, EVEN THOUGH MY RPMS ARE INCREASING. THIS HAS ALMOST CAUSED AN ACCIDENT BECAUSE THE CAR DOES NOT PERFORM AS IT SHOULD. HAPPENED TODAY FOR PROBABLY THE 10TH TIME SINCE I'VE HAD THE CAR, LESS THAN A MONTH. PULLING OUT OF A PARKING LOT ONTO THE STREET, MY CAR MOVE'S FORWARD VERY SLOWLY THEN WHEN I GO TO INCREASE MY SPEED THE CAR DOESN'T GO FASTER.

- NHTSA Complaint:  2017 SANTA FE ULTIMATE 2.0T. CAR DOES NOT ACCELERATE AND LAGS. HAPPENS AT A LOWER SPEED AND FROM A STOP. VERY SCARY WHEN MAKING A LEFT TURN AND ENTERING FREEWAY.DEPRESSING ACCELERATOR AND NOTHING HAPPENS FOR A SECOND OR MORE, THEN ALL OF A SUDDEN IT TAKES OFF. AT LOW SPEED IN PARKING LOT DEPRESS ACCELERATOR LIGHTLY AND CAR TAKES OFF. WHEN ACCELERATING FROM A STOP CAR WILL ACCELERATE QUICKLY WHILE DEPRESSING PEDAL GENTLY. DOES NOT HAPPEN EVERY TIME BUT IS FREQUENT ENOUGH TO BE CONCERNED. HAS HAPPENED SINCE NEW.

- NHTSA Complaint:  THE VEHICLE FAILS TO ACCELERATE PAST THE INITIAL PRESS OF THE ACCELERATOR FROM A STOP LEAVING YOU COMMITTED IN TRAFFIC WITHOUT POWER FOR AROUND 2 SECONDS. STEPPING ON THE ACCELERATOR FAILS TO PRODUCE ANY POWER. JUST HAD THE VEHICLE LOOKED AT BY HYUNDAI WHO SAID THEY CAN FIND NOTHING WRONG. HYUNDAI ALSO SAID THERE ARE NO BULLETINS OR RECALLS. A

SEARCH ON THE INTERNET SHOWS AN ALARMING AMOUNT OF CHATTER FROM OTHER OWNERS WITH THE SAME ISSUE. THERE IS UNDER 6000 MILES ON THE VEHICLE AND THIS HAS HAPPENED NUMEROUS TIMES, INTERMITTENTLY.

- <u>NHTSA Complaint:</u>   MY WIFE AND I HAVE HAD THE SAME INTERMITTENT PROBLEM SINCE ACQUIRING OUR 2017 SANTA FE BRAND NEW IN THE LATE SPRING OF 2016.  WHEN TURNING FROM A STOP OR MAKING A VERY LOW SPEED TURN, AND THEN STARTING TO ACCELERATE, THE VEHICLE WILL STALL AND HESITATE, NOT MOVING OR "CATCHING" FOR 1-2 SECONDS.   THIS   HAS   HAPPENED   TO   US APPROXIMATELY 6-8 TIMES. AND I'VE NEARLY BEEN REAR-ENDED ON SEVERAL OF THOSE OCCASIONS BECAUSE I WAS STALLED IN FRONT OF TRAFFIC BEHIND ME, ALSO TRYING TO MAKE THE TURN . ONCE I BARELY CLEARED THE INTERSECTION AT A LIGHT WHEN TURNING LEFT, HAVING THE SANTA FE STALL IN THE FACE OF ONCOMING TRAFFIC. I WAS NEARLY BROADSIDED BY SWIFT MOVING, ONCOMING TRAFFIC.  SOMEONE IS GOING TO BE KILLED IF THIS PROBLEM IS NOT FULLY ADDRESSED AS SOON AS POSSIBLE. THE PUBLIC NEEDS PROTECTION AND A REMEDY. I CAN'T IMAGINE HYUNDAI IS UNAWARE OF THIS PROBLEM. I DID A QUICK GOOGLE SEARCH ON THE TOPIC, AND FOUND MANY, MANY POSTINGS REGARDING   THIS   EXACT   SAME   SET   OF CIRCUMSTANCES. THERE WERE HYUNDAI MESSAGE BOARD COMPLAINTS, NHTSA COMPLAINTS, "LEMON" LAW FIRMS WHOA ARE ADVERTISING, SEEKING POTENTIAL 2017 SANTA FE OWNING CLIENTS, CITING THIS EXACT SET OF FACTS. IT'S DIFFICULT TO CONFIRM EXACT DATES, AS THIS HAS OCCURRED MULTIPLE TIMES. THE MOST RECENT TIME IT HAPPENED WAS IN EARLY MAY 2017, AT AN INTERSECTION LESS THAN A MILE FROM OUR HOME, MAKING A LEFT TURN FROM A STOP, WITH TRAFFIC LINED UP BEHIND US.

- NHTSA Complaint:   HESITATION WHEN ENTERING TRAFFIC--HAIR RAISING EXPERIENCE--THERE IS A 3 TO 4 SECOND STOP IN THE IN THE DRIVE TRAIN--THE CONTROL OF THE VEHICLE IS GONE-LEAVING ONE IN A PANIC MODE--ALSO FEATHERING THE THROTTLE AT TIMES THERE IS NO RESPONSE--TOOK SUV TO DEALER--THEY HOOKED UP A MONITOR AND WITH THE SERVICE MANAGER ON BOARD--- THE VEHCLE DID NOT RESPOND WHEN ACCELERATING--I AM TOLD DUE TO THE INFORMATION SENT BACK THROUGH MONITORING TO THE FACTORY THAT THE DEALERSHIP COULD NOT ASK FOR A BUY BACK--MY QUESTION IS HOW CAN A CO KEEP MAKING AND SELLING A UNIT THAT IS DEFECTIVE ?--THERE ARE HUNDREDS IF NOT MORE SIMILAR CASES ON LINE WITH THE SAME PROBLEMS--I WILL NOT DRIVE THIS VEHICLE ON ROAD--LIFE THREATENING--IF THE DEALERSHIP OR CO. DOES NOT AGREE TO BUY BACK I WILL BE FORCED TO TAKE FURTHER ACTION--STAND BY--CLASS ACTION MAY BE ON ITS WAY!!!MY CASE IS PENDING--AWAITING A RESPONSE BY EITHER DEALERSHIP OR CO.HOPE SOME ONE IS FAR MINDED AS TO THIS CONTINUING PROBLEM--AFTER ALL THIS IS THE U.S.A

- NHTSA Complaint:  HAVE OWNED VEHICLE SINCE 12/16. APPROX 6 TIMES THERE HAS BEEN AN ACCELERATION PROBLEM WHEN CHANGING LANES OR TURNING. HAVE PUSHED THE GAS AND NOTHING HAPPENED - ENGINE DOES NOT REV OR RESPOND IN ANY WAY TO THE PRESSING OF THE GAS PEDAL. ITS LIKE THE CAR IS IN NEUTRAL AND THEN IT WILL JUST ALL OF A SUDDEN RE-ENGAGE. NO WARNING LIGHTS; NO INDICATION WHEN IT WILL HAPPEN. FILED COMPLAINT WITH HYUNDAI BUT THEY ARE UNABLE TO RECREATE THE PROBLEM AND/OR WILL NOT ASSIST UNTIL THEY CAN. DEALER HAD CAR FOR TWO WEEKS AND COULD NOT RECREATE SO HYUNDAI

CLOSED OUR COMPLAINT. THE DATE ENTERED BELOW IS THE LAST TIME IT HAPPENED.

- NHTSA Complaint:  SEVERE HESITATION WHEN TRYING TO ACCELERATE FROM A STOP. OCCURS INTERMITTENTLY AND HAPPENS WHEN TURNING RIGHT OR LEFT. MORE LIKELY TO HAPPEN IF ROAD SURFACE IS ROUGH THAT VEHICLE IS TURNING ONTO. THE VEHICLE WILL BEGIN TO ACCELERATE AND THEN LOSE ACCELERATION. ALTHOUGH PRESSING THE ACCELERATOR THE CAR DOES NOT SPEED UP EVEN THOUGH THE ENGINE REVS UP. AFTER ABOUT 3 OR 4 SECONDS THE VEHICLE THEN RESPONDS AND BEGINS TO ACCELERATE. THIS SITUATION DOES NOT OCCUR ALL THE TIME. IT MAY OCCUR 3 OR 4 TIMES IN A WEEK. THIS IS A SAFETY CONCERN BECAUSE I HAVE ALMOST BEEN HIT FROM BEHIND AS A RESULT OF THE VEHICLE NOT ACCELERATING.

- NHTSA Complaint:  AT STOP WHEN TURNING RIGHT ARE LEFT AND ACCELERATING THE TRANSMISSION FAILS TO RESPOND AD THE CAR STALLS THEN WILL GO. IF SLOW TO SLOW SPEED AND ACCELERATED THE CAR WILL STALL BEFORE SHIFTING DOWN. THIS PROBLEM IS A SAFETY HAZARD. TOOK IT TO HYUANDI DEALER AT 3000 MILES WAS TOLD IT WAS NORMAL.

- NHTSA Complaint:  MULTIPLE TIMES WHILE ATTEMPTING TO ACCELERATE THE RPMS WILL GO UP AND THE CAR DOES NOT MOVE. WHEN IT FINALLY GOES THE CAR WILL JERK AND THE RPMS FALL. THERE SEEMS TO BE A LOSS OF POWER WHEN THIS HAPPENS. ALSO SEEMS TO HAPPEN WHEN MAKING LEFT HAND TURNS ACROSS TRAFFIC, WHICH CAN BECOME DANGEROUS WITH ONCOMING CARS. THIS HAPPENS WHEN ATTEMPTING TO ACCELERATE.

- **NHTSA Complaint:**  HAD THIS SANTA FE FOR A LITTLE OVER A YEAR. I HAVE NOTICED SEVERAL INSTANCES OF NOT BEING ABLE TO ACCELERATE, OR GAIN SPEED, ESPECIALLY WHEN TURNING OR STARTING FROM A STOPPED POSITION, IT HESITATES TO START TO THE POINT OF ALMOST BEING HIT SEVERAL TIMES. I HAVE TAKEN IT TO DEALER MANY TIMES, AND THEY KEEP TELLING ME ITS THE WAY I AM DRIVING IT THAT THE ENGINE IS LIKE A STANDARD VEHICLE, BUT THAT DOESNT SEEM SAFE TO ME IF I AM TRYING TO START DRIVING AND IT WONT GO. WHEN IT DOES FINALLY DECIDE TO GO, IT TAKES OFF WAY TOO FAST AND IS LIKE, IT FINALLY DECIDES TO SHIFT INTO GEAR. ALSO WHILE IN PARK, ENGINE REVS TO 2500RPM FOR NO REASON OR IDOLS AT THAT RPM. IT FEELS LIKE THE ENGINE IS PULLING THE CAR FORWARD EVEN WHEN IT IS IN PARK I HAVE BEEN GIVEN THE RUN AROUND SO MANY TIMES, I AM TIRED OF IT. I'M NOT HAPPY TO SEE OTHERS HAVE THIS ISSUE, BUT I AM ALSO GLAD THAT OTHERS ARE EXPERIENCING THE SAME PROBLEMS.

- **NHTSA Complaint:**  THE CAR APPEARS TO HESITATE UPON ACCELERATION FROM A LOW SPEED, MOST NOTICEABLY COMING OUT OF TURNS. THE HESITATION IS RANDOM AND JERKS THE CAR FORWARD AND BACK.  I TOOK IN FOR SERVICE AND THEY SAY NO FIX IS AVAILABLE. DEALER SAID IT WAS NOT A SAFETY ISSUE BUT A SATISFACTION ISSUE. THAT IS A FALSE STATEMENT, AS IT IS INDEED A HUGE SAFETY ISSUE. OTHERS HAVE INDICATED A SIMILAR PROBLEM AS WELL IN THE SANTA FE ONLINE FORUMS (HTTP://WWW.SANTAFEFORUMS.COM/ACCELERATION-ISSUES-T10953.HTML?S=8588CA5231ADDA19BDA5C53064AE9CC8&T=10953)

- **NHTSA Complaint:**  WHEN DEPRESSING THE ACCELERATOR AT SPEEDS LESS THAN ABOUT 10MPH,

THE VEHICLE HAS A VERY SIGNIFICANT HESITATION - ABOUT 2 SECONDS WHEN THE VEHICLE IS COMPLETELY NON-RESPONSIVE. HAPPENS EVERY TIME AT LOW SPEED TURNS, AND IS DANGEROUS WITH VEHICLES BEHIND.

- NHTSA Complaint:  WHILE DRIVING OUR 2017 HYNDAI SANTA FE ON INTERSTATE 64 WITH THE CRUISE CONTROL SET AT 65 MPH THE TRANSMISSION WILL DOWN SHIFT TO 5TH AND THEN 4TH AND THEN 3RD GEAR WITH THE RPM ALMOST RED LINING. THIS IS WHILE GOING DOWN A SLIGHT DOWNGRADE. I'VE BEEN HAVING TO USE THE MANUAL MODE TO SHIFT BACK UP TO 6TH GEAR. WE CONTACTED THE LOCAL HYUNDAI DEALER WHO STATED THEY WERE AWARE OF THE PROBLEM BUT DID NOT HAVE A SOLUTION TO THE PROBLEM AT THIS TIME. I AM WORRIED ABOUT THE SAFETY OF THIS VEHICLE WITH THIS PROBLEM.

- NHTSA Complaint:  WHEN DRIVING SUDDENLY THE CAR DECELERATES MAKING IT NECESSARY TO MASH HARDER ON THE GAS PEDAL TO GET THE CAR TO CONTINUE MOVING. THE USB PORT DOES NOT CHARGE WHICH RESULTS IN THE PHONE LOSING BATTERY LIFE YOU CAN ONLY USE ANDROID AND APPLE CAR ONN THAT PORT SO WHEN TRAVELING LONG DISTANCES YOU MAY BE WITHOUT DIRECTIONS. ITS AN ONGOING ISSUE.

- NHTSA Complaint:  VEHICLE DOES NOT RESPOND TO ACCELERATION. ENGINE MAKES A ROARING SOUND, HOWEVER THE RPMS HAVE MINIMAL INCREASE. THIS HESITATION HAPPENS WHEN PASSING, AND WHEN COMING OUT OF A TURN OR FROM A STOP. THIS LEAVES THE VEHICLE STUCK OUT IN TRAFFIC WITH NO ACCELERATION.THIS USED TO HAPPEN ABOUT ONCE A WEEK, HOWEVER THE FREQUENCY OF THE INCIDENTS HAS INCREASED GREATLY AND WE NO LONGER FEEL THE VEHICLE IS SAFE TO DRIVE. THIS MORNING THE CAR WOULD NOT ACCELERATE FOR AN

ENTIRE HOUR DURING A COMMUTE TO WORK. I HAVE READ MANY REPORTS ON YOUR SITE WITH THE SAME ISSUE, AND APPARENTLY HYUNDAI DOES NOT HAVE A FIX. WE ARE BRINGING THE CAR INTO THE DEALER THIS AFTERNOON.

- NHTSA Complaint:  TL* THE CONTACT OWNED A 2017 HYUNDAI SANTA FE. WHILE THE CONTACT'S HUSBAND WAS MAKING A LEFT TURN AT 10 MPH, THE VEHICLE FAILED TO GAIN SPEED WHILE THE ACCELERATOR PEDAL WAS DEPRESSED. ANOTHER VEHICLE TRAVELING FROM THE OPPOSITE DIRECTION STRUCK THE FRONT PASSENGER SIDE OF THE CONTACT'S VEHICLE. ALL OF THE AIR BAGS DEPLOYED. A POLICE REPORT WAS FILED AND THE DRIVER RECEIVED A CITATION FOR FAILING TO YIELD. THE DRIVER SUSTAINED A BROKEN LEFT WRIST, CUTS TO THE LEFT HAND, AND BRUISES TO THE UPPER BODY/TORSO. THE CONTACT (PASSENGER) SUSTAINED A BROKEN NECK THAT REQUIRED SURGERY DUE TO INTERNAL BLEEDING, SEVERE BRUISING FROM THE CHEST DOWN TO THE LOWER TORSO, AND BRUISING ON THE RIGHT AND LEFT ARMS. MEDICAL ATTENTION WAS RECEIVED. THE CONTACT HAD SURGERY TO HER RIGHT HIP TO REMOVE A BONE TO PLACE IN HER NECK. THE VEHICLE WAS TOWED TO A LOCAL DEALER (A1 WRECKER 1601 PARTIN DR N D, NICEVILLE, FLORIDA 32578). THREE WEEKS PRIOR TO THE CRASH, THE VEHICLE HESITATED TO ACCELERATE WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE FAILURE OCCURRED WITHOUT WARNING. THE CONTACT STATED THAT THE VEHICLE GRADUALLY ACCELERATED INDEPENDENTLY. NEITHER THE MANUFACTURER NOR THE DEALER WERE MADE AWARE OF THE FAILURE. THE VEHICLE WAS DEEMED DESTROYED. THE FAILURE MILEAGE WAS 147. UPDATED 07/18/17*LJ

- **NHTSA Complaint:** I NO LONGER OWN THE DESCRIBED VEHICLE BUT WANT TO REPORT A SAFETY ISSUE WITH THE VEHICLE. I HAD ADVISED HYUNDAI CONSUMER AFFAIRS ANALYST, CENTRAL/CA RAYNISHA M. AND WAS ASSIGNED A CASE NUMBER 10184122. INFORMATION ABOUT THE CASE NUMBER CAN BE OBTAINED FROM HYUNDAI.  MY PROBLEM WITH THE VEHICLE WAS RELATED TO THE SPEED CONTROL SYSTEM OR "FLY BY WIRE" MECHANISM ON MY VEHICLE. ON SEVERAL PERSONALLY DOCUMENTED INSTANCES (WITH ROAD CONDITIONS, DATES, TIME SPEED ETC.) I EXPERIENCED A ZERO ACCELERATION RESPONSE FROM THE VEHICLE WHEN APPLYING ACCELERATOR PRESSURE. ON MANY ACCELERATION INCIDENTS THE ACCELERATION PEDAL RESPONSE "FELL ON ITS FACE" AND ON ONE OCCASION NEARLY RESULTED IN A VEHICLE COLLISION WHEN I WAS PROCEEDING INTO AN INTERSECTION. I HAD REPORTED THE SAFETY ISSUE TO BOTH MY HYUNDAI DEALERSHIP AND HYUNDAI CONSUMER AFFAIRS. THE TWO MECHANICAL INSPECTIONS THAT WERE PERFORMED TO IDENTIFY THE PROBLEM WERE INCOMPLETE AS THE VEHICLE DIDN'T THROW OFF ANY CODES TO IDENTIFY THE PROBLEM AREA. I WAS TOLD BY THE VEHICLE MECHANICS THAT SINCE THE PROBLEM WAS INTERMITTENT IN NATURE THAT I WOULD HAVE NO REDRESS ON THE SAFETY ISSUE. I AM A PRIVATE PILOT AND FLY AIRCRAFT UTILIZING "FLY BY WIRE" ACCELERATION DEVICES AND I CAN ASSURE YOU THAT MY FIRST INCIDENT OCCURRENCE WOULD HAVE GROUNDED THE AIRCRAFT EXPERIENCING THE SIMILAR ACCELERATION ISSUE. I AM REPORTING THIS TO YOU HOPING THAT YOU CAN INVESTIGATE AND OPEN A RECALL INQUIRY AND FORCE HYUNDAI TO FIX OR MAKE CHANGES TO VEHICLES THAT UTILIZE THEIR "FLY BY WIRE" ACCELERATION SYSTEMS.

- **NHTSA Complaint:**  MY BRAND NEW 2017 SANTA FE LIMITED HESITATES BADLY WHEN COMING OUT OF

TURNS AT A SLOW SPEED AND ATTEMPTING TO ACCELERATE...JUST SHORT OF COMING TO A STOP. IT ALSO OCCURS WHEN VEHICLE IS AT A STOP THEN I STEP ON THE ACCELERATOR. IT IS A SAFETY ISSUE AS THE VEHICLE LAGS WHEN ATTEMPTING TO ENTER TRAFFIC OR THE VEHICLE COULD BE HIT FROM BEHIND WHEN ATTEMPTING TO ACCELERATE AND IT MOMENTARILY DOES NOT RESPOND. THIS OCCURS EACH TIME I DRIVE IT.

- NHTSA Complaint:   WITH EXCELERATION INTO ONCOMING TRAFFIC HAS ABOUT A 2-3 SECOND PAUSE AND ALSO WHEN PASSING. HAS ALMOST CAUSED ME SEVERAL T BONE ACCIDENTS. WHEN TAKING OUT FROM SOMEWHERE THE VEHICLE HAS SET AND COOLED IT TAKES ABOUT 5 SECONDS TO REACH APPROPRIATE SPEED. THIS DOES NOT OCCUR ALL TIMES LIKE THE ABOVE COMPLAINT. OUTSIDE NOISE IS EXTREMELY LOUD. NOT A QUIET DRIVING CAR BY ALL MEANS. AIR NOISE AROUND DOORS ETC

- NHTSA Complaint:   IT TRIES TO STALL OR HESITATE WHEN MAKING TURNS I LIVE IN CHICAGO AND DRIVE IN TRAFFIC WHEN TURNING INTO TRAFFIC IT SEEMS TO HESITATE FOR 2 OR 3 SEC BEFORE ACCELERATION II AM AFRAID TO DRIVE THIS VEHICLE IN TRAFFIC FROM FEAR WHEN MAKING A TURN I WILL. CAUSE A CAR ACCIDENT

- NHTSA Complaint:   VEHICLE HESITATES WHEN ENTERING FLOW OF TRAFFIC FROM A STOP OR A TURN.

- NHTSA Complaint:  I HAVE A 2017 HYUNDAI SANTA FE ULTIMATE AND LIKE THE OTHER COMPLAINTS, THE CAR HAS HESITATION WHEN TRYING TO ACCELERATE ESPECIALLY AFTER A STOP, BUMP IN ROAD, SLOWING DOWN, ETC. THE DEALERSHIP HAS HAD THE CAR SEVERAL TIMES TRYING DIFFERENT THINGS SUCH AS TRY A DIFFERENT MODE, RESET TRANSMISSION COMPUTER, ETC. I'VE CALLED HYUNDAI CUSTOMER

SERVICE AND FILED A COMPLIANT OPEN BUT I DON'T WANT THE CAR ANYMORE IT HESITATES TOO LONG/TOO MANY TIMES AND SCARES THE CRAP OUT OF ME. IT'S DANGEROUS AND NEEDS A RECALLED.

- NHTSA Complaint: CAR HAS SERIOUS, DANGEROUS ACCELERATION PROBLEMS. IT'S MOST NOTICEABLE WHEN TURNING LEFT INTO ONCOMING TRAFFIC. CAR APPEARS TO LOSE ALL POWER WHEN ACCELERATING - HANGING FOR SECONDS WHILE NOTHING HAPPENS. ENGINE HITS REDLINE ALL THE TIME AND IT BARELY GAINS SPEED. CALLED DEALER AND WAS FIRST TOLD "DUAL CLUTCH WILL LEARN DRIVING STYLE." AFTER NOTING CAR HAS 2K MILES WAS THEN TOLD "THE DELAY IS A CHARACTERISTIC OF THAT CAR." THIS IS UNACCEPTABLE AND INCREDIBLY DANGEROUS. I'VE ALMOST BEEN T-BONED MULTIPLE TIMES BECAUSE OF THIS. GOOGLING LED ME TO MANY OTHER REPORTS OF THE SAME ISSUE. THIS VEHICLE NEEDS TO BE RECALLED.

- NHTSA Complaint:  WHEN THE CAR START AT THE TRAFFIC LIGHTS AND SLOWLY ACCELERATES WHILE DRIVING, THERE IS A SOUND IN THE CAR. I HEAD A SOUND FROM THE ENGINE OR MUFFLER.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2017 HYUNDAI SANTA FE. WHILE ATTEMPTING TO ACCELERATE FROM A STOP, THE VEHICLE HESITATED BEFORE ACCELERATING. THE FAILURE OCCURRED WITHOUT WARNING. THE DEALER WAS UNABLE TO DUPLICATE THE FAILURE. THE DEALER RECOMMENDED THAT A FUEL ADDITIVE BE ADDED TO THE FUEL TANK, BUT THAT DID NOT HELP. THE FAILURE RECURRED SEVERAL TIMES. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 12,000.

- NHTSA Complaint: MY NEW SANTA FE 2017 HAS A PROBLEM WITH THE CAR NOT REACTING TO PRESSING THE ACCELERATOR. YOUR PRESS THE ACCELERATOR AND THE CAR DOES NOT MOVE AND THE ENGINE DOES NOT REV. THE HESITATION IS ABOUT 2 SECONDS LONG AND IS VERY SCARY. IT HAPPENS INTERMITTENTLY AND FROM A STOPPED POSITION. I'M AFRAID AT SOME POINT THERE WILL BE A TERRIBLE ACCIDENT FROM THIS PROBLEM. I'VE HEARD THERE IS A RECALL 16-01-032 FOR THE TCU UPDATE 60CO61R1 BUT I REACHED OUT TO DEALERSHIP AND THEY DON'T KNOW ANYTHING ABOUT IT. THIS IS VERY DANGEROUS AND I DID SOME RESEARCH THERE ARE A LOT OF PEOPLE HAVING THIS SAME PROBLEM. I NOTICED THIS PROBLARY A WEEK AFTER PURCHASE.

- NHTSA Complaint: ENGINE STUMBLES WHEN ACCELERATOR IS PRESSED AT LOW SPEEDS, ESPECIALLY FROM A STOP OR TURNING A CORNER. I CALL IT THROTTLE LAG OR STUMBLING.

- NHTSA Complaint: FROM STOP, OR NEAR STOP, ENGINE CUTS OUT (STUMBLES) DURING NORMAL ACCELERATION.

- NHTSA Complaint: TWO ISSUES: SEVERE PROBLEM - WHEN DRIVING AT A RATE OF APPROXIMATELY 35MPH TODAY ON A MAJOR CITY THOROUGHFARE, OUR 2017 HYUNDAI SANTA FE 2.0T ULTIMATE SUFFERED A SUDDEN AND COMPLETE LOSS OF POWER (ENGINE AND ALL ELECTRICAL SYSTEMS INCLUDING LIGHTING). AFTER COMING TO A STOP, THE VEHICLE WAS STRANDED IN PLACE UNTIL IT WAS ABLE TO START UP AGAIN MANY MINUTES LATER. FORTUNATELY NO ONE WAS PHYSICALLY HARMED AS THE INDIVIDUAL DRIVING BEHIND OUR VEHICLE WAS OBSERVANT ENOUGH TO IDENTIFY THE ISSUE (DESPITE A LACK OF BRAKE LIGHTS OR HAZARDS) AND STOP IN TIME. NO VISIBLE ENGINE

LIGHT OR FAULT CODE WAS TRIGGERED. LESS SEVERE PROBLEM: ON A REGULAR BASIS, THE VEHICLE SUFFERS ABRUPT AND SUSTAINED LOSS OF POWER IN MERGING SITUATIONS (ESPECIALLY WHEN TURNING ON CITY STREETS FROM A STOP). THIS SEEMS TO BE FROM AN OVERACTIVE OR OTHERWISE INEFFECTIVE TRACTION CONTROL SYSTEM/PROGRAMMING. DESPITE EVEN PLANNING FOR THE POSSIBLE LOSS OF POWER, THIS HAS STILL RESULTED IN A NUMBER OF "NEAR MISS" SITUATIONS. A WARRANTY VISIT HAS BEEN SCHEDULED FOR THESE ISSUE AND WE WILL GLADLY PROVIDE THE RESULTS AND/OR OTHER UPDATES UPON REQUEST. WE ARE, HOWEVER, SERIOUSLY CONSIDERING SELLING THE VEHICLE AT A LOSS DUE TO THESE TWO ISSUES. *TR

- NHTSA Complaint:  WHEN ACCELERATING OUT OF A VERY LOW SPEED TURN (SUCH AS TURNING AT AN INTERSECTION OR PULLING OUT OF A PARKING LOT INTO A ROADWAY) THE ENGINE SUFFERS A COMPLETE LOSS OF POWER FOR 1-2 SECONDS. IT DOES NOT HAPPEN ALL OF THE TIME. BUT FREQUENTLY ENOUGH TO MAKE ONE WORRY ABOUT PULLING OUT INTO TRAFFIC.

- NHTSA Complaint:  ENGINE STALLED (DIED) WHEN ATTEMPTING TO CROSS 3 LANES OF TRAFFIC. THIS OCCURRED 2 TIMES WHEN ON VACATION. VEHICLE WAS RETURNED TO DEALER FOR SERVICE. DEALER HAD VEHICLE FOR OVER A MONTH AND SAID THEY COULDN'T DUPLICATE PROBLEM. DURING THIS TIME THERE WAS A NATIONAL RECALL ISSUED BY HYUNDAI FOR SANTA FE. I THOUGHT ARE PROBLEMS WOULD BE SOLVED. BUT WAS INFORMED THAT THE RECALL ONLY COVERED UPTO PRODUCTION YEAR 2015. WE RECEIVED A 2017 SANTA FE LOANER FOR USE DURING THE TIME THEY ASSESSED OUR VEHICLE, THIS VEHICLE ALSO STALLED. I REPORTED THIS TO THE SERVICE MAR. HE SAID HE COULDN'T DO

ANYTHING UNTIL HYUNDAI AUTHORIZED A RECALL FOR 2017. I TOLD HIM THAT THEY PROBABLY WON'T UNTIL THEY SOLD OFF ALL THEIR NEW VEHICLE INVENTORY. WE TOOK OUR VEHICLE HOME. 1 DAY LATER THE VEHICLE STALLED WHEN MY WIFE PULLED OUT ON TO A BUSY HIGHWAY. THESE VEHICLES ARE A SIGNIFICANT SAFETY HAZARD.

- NHTSA Complaint:  DURING ACCELERATION FROM STOP OR LOW SPEED TURN ,CAR HAS NO OR LITTLE RESPONSE FROM ACCELERATOR, HAPPENS ON DRY PAVEMENT AS WELL AS WET, TRACTION CONTROL LIGHT FLASHES.AT THIS POINT THERE IS NO TRACTION ISSUES.REPORTED TO HYUNDAI DEALER CHECKED 3 TIMES AND SAID ALL WAS FINE ,NOT SATISFIED WITH ANSWER I CONTACTED HYUNDAI CUSTOMER SERVICE AND SPOKE TO CHRIS WELLS OPENED A CASE WITH THEM #10059476 ON 3/15/2017.IVE HAD PHONE CONTACT WITH HIM ,HE SAID HE WOULD GIVE IT TO THE GUYS UPSTAIRS BUT STILL NO SATISFACTION.BIG SAFTEY CONCERN!!! PLEASE HELP!

- NHTSA Complaint:  CAR LEASED IN FEB. 2017. JUST AFTER FINALIZED, NOTICED THIS SERIOUS PROBLEM: THE ACCELERATION AFTER A TURN IS EXTREMELY SLOW AND TAKES AN UNREASONABLE AMOUNT OF TIME CAUSING DANGER OF VEHICLE BEHIND SLAMMING INTO BACK END. UPON ACCELERATING AFTER A TURN THERE IS SO MUCH HESITATION THAT IT CAUSED DRIVER AND PASSENGERS TO LUNGE FORWARD ONCE THE ENGINE KICKS IN. THE LIGHT INDICATING SLIPPING USUALLY COMES ON WHEN THIS HAPPENS AS WELL. MY SON DROVE IT TODAY WITH MY YOUNGER BOY AND THEY WERE ALMOST REAR ENDED. I'VE TALKED TO DEALER TWICE ABOUT THIS.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2017 HYUNDAI SANTA FE. WHILE DRIVING, THE ENGINE STALLED WITHOUT WARNING. THE DEALER AND

MANUFACTURER WERE NOT NOTIFIED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 9,000.

- NHTSA Complaint: PURCHASED A HYUNDAI SANTA FE AWD TURBO IN MAY 2016, WITHIN THE FIRST 3 MONTHS THE TRACTION ASSIST HAS TRIGGERED CAUSING THE POWER TRAIN TO LOOS POWER FOR 10-15 SECONDS A TOTAL OF 5 TIMES. EACH TIME THIS HAS HAPPENED IT HAS BEEN FROM A STOP AND TURNING ONTO ANOTHER STREET AND OR U TURN ALL UNDER 30MPH, HAVE HAD IT TO THE DEALER 3 TIMES AND HAVE CONTACTED HYUNDAI DIRECTLY AND THEY CAN NOT FIND ANYTHING WRONG. I CAN REPRODUCE THE ISSUE IF I RUN OVER PART OF THE CURB OR A HARD BUMP. I FEEL THIS IS A HUGE SAFETY ISSUE IF THE SUV LOOSES POWER FOR 10-15 SECONDS WHEN PULLING OUT.

- NHTSA Complaint: DURING NORMAL LEFT HAND AND RIGHT HAND TURNS AND U-TURNS, THE TC/ESC CAN ACTIVATE AND CAUSE THE ENGINE MANAGEMENT SYSTEM TO SIGNIFICANTLY REDUCE ENGINE POWER. THIS HAPPENS ON DRY PAVEMENT, UNDER NORMAL ACCELERATION. IT WILL ALSO HAPPEN MORE FREQUENTLY DURING TURNS IF THERE IS A BUMP/POTHOLE/ROAD IMPERFECTION THAT JARS THE SUSPENSION. THIS ISSUE IS DANGEROUS AND HAS NEARLY CAUSED ACCIDENTS. I HAVE HAD TO PULL OFF THE ROAD TO AVOID A COLLISION FROM THE REAR BECAUSE THE ENGINE HAD NO POWER, THE TC/ESC LIGHT WAS FLASHING ON THE DASH. SO FAR MY ATTEMPTS AT THE DEALER TO HAVE THIS FIXED HAVE BEEN UNSUCCESSFUL. I AM WORKING WITH HYUNDAI CONSUMER AFFAIRS TO DETERMINE A SOLUTION.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2017 HYUNDAI SANTA FE. WHILE DRIVING APPROXIMATELY 2 MPH, THE VEHICLE LOST POWER

WHILE TURNING RIGHT OR LEFT. THE POWER RETURNED WITHIN SECONDS. THE FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND ADVISED THE CONTACT TO TAKE THE VEHICLE TO A LOCAL DEALER. THE FAILURE MILEAGE WAS 1,200.

21.    Although Hyundai was aware of the widespread nature of the Powertrain Defect in the Class Vehicles, and that it posed grave safety risks, Hyundai has failed to take adequate steps to notify all Class Vehicle owners of the Defect and provide relief.

22.    Customers have reported the Powertrain Defect in the Class Vehicles to Hyundai directly and through its dealers.  Defendant is fully aware of the Powertrain Defect contained in the Class Vehicles.    Nevertheless, Defendant actively concealed the existence and nature of the Defect from Plaintiff and the other Class Members at the time of purchase or repair and thereafter.  Specifically, Defendant:

a.    failed to disclose, at the time of purchase or repair and thereafter, any and all known material defects or material nonconformities of the Class Vehicles, including the Powertrain Defect;

b.    failed to disclose, at the time of purchase or repair and thereafter, that the Class Vehicles and their powertrains were not in good working order, were defective, and were not fit for their intended purpose; and

c.    failed to disclose and/or actively concealed the fact that the Class Vehicles and their powertrains were defective, despite the fact that Defendant learned of the Powertrain Defect

before it placed the Class Vehicles in the stream of commerce.

23.    Defendant has deprived Class Members of the benefit of their bargain, exposed them all to a dangerous safety Defect, and caused them to expend money at its dealerships or other third-party repair facilities and/or take other remedial measures related to the Powertrain Defect contained in the Class Vehicles.

24.    Defendant has not recalled the Class Vehicles to repair the Powertrain Defect, has not offered to its customers a suitable repair or replacement of parts related to the Powertrain Defect free of charge, and has not reimbursed all Class Vehicle owners and leaseholders who incurred costs for repairs related to the Powertrain Defect.

25.    Class Members have not received the value for which they bargained when they purchased or leased the Class Vehicles.

26.    As a result of the Powertrain Defect, the value of the Class Vehicles has diminished, including without limitation, the resale value of the Class Vehicles.    Reasonable consumers, like Plaintiff, expect and assume that a vehicle's powertrain and the related components are not defective and will not malfunction while operating the vehicle as it is intended.    Plaintiff and Class Members further expect and assume that Hyundai will not sell or lease vehicles with known safety defects, such as the Powertrain Defect, and will fully disclose any such defect to consumers prior to purchase or offer a suitable non-defective repair.

## CLASS ACTION ALLEGATIONS

27.    Plaintiff brings this lawsuit as a class action on behalf of himself and all others similarly situated as members of the proposed Classes pursuant to Federal Rules of Civil Procedure 23(a), (b)(2), and/or (b)(3).    This action

satisfies the numerosity, commonality, typicality, adequacy, predominance and superiority requirements of those provisions.

28.    The Classes are defined as:

**Nationwide Class:**  All persons who purchased or leased any 2017 Hyundai Santa Fe vehicle in the United States.

**California Sub-Class:**  All Members of the Nationwide Class who purchased or leased any 2017 Hyundai Santa Fe in the State of California.

29.    Excluded from the Class and Sub-class are: (1) Defendant, any entity or division in which Defendant has a controlling interest, and its legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; and (3) those persons who have suffered personal injuries as a result of the facts alleged herein.   Plaintiff reserves the right to amend the Class definition, and to add subclasses, if discovery and further investigation reveal that the Class should be expanded or otherwise modified.

30.    <u>Numerosity</u>: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court.  The Class Members are readily identifiable from, *inter alia*, information and records in Defendant's possession, custody, or control.

31.    <u>Typicality</u>: The claims of the representative Plaintiff are typical of the claims of the Class in that the representative Plaintiff, like all Class Members, paid for a Class Vehicle designed, manufactured, and distributed by Defendant which is subject to the Powertrain Defect.   The representative Plaintiff, like all Class Members, has been damaged by Defendant's misconduct

in that he has incurred or will incur the cost of repairing or replacing his malfunctioning powertrain and related parts as a result of the Powertrain Defect. Further, the factual bases of Defendant's misconduct are common to all Class Members and represent a common thread of fraudulent, deliberate, and/or grossly negligent misconduct resulting in injury to all Class Members.

32.    <u>Commonality</u>: There are numerous questions of law and fact common to Plaintiff and the Classes that predominate over any question affecting only individual Class Members.  These common legal and factual questions include the following:

    a.    whether the Class Vehicles suffer from the Powertrain Defect;

    b.    whether the Powertrain Defect constitutes an unreasonable safety hazard;

    c.    whether Defendant knows about the Powertrain Defect and, if so, how long Defendant has known of the Defect;

    d.    whether the defective nature of the Class Vehicles' powertrains constitutes a material fact;

    e.    whether Defendant had and has a duty to disclose the defective nature of the Class Vehicles' powertrains to Plaintiff and the other Class Members;

    f.    whether Plaintiff and the other Class Members are entitled to equitable relief, including, but not limited to, a preliminary and/or permanent injunction;

    g.    whether Defendant knew or reasonably should have known of the Powertrain Defect contained in the Class Vehicles before it sold or leased them to Class Members; and

    h.    Whether Defendant violated: (1) the California Consumers Legal Remedies Act, California Civil Code sections 1750 *et*

*seq.*; (2) the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*; (3) The California Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1 *et seq.,* and Cal. Comm. Code §2314*;* (4) Cal. Comm. Code §2313; (5) the Magnuson-Moss Warranty Act (15 U.S.C. §2301, *et seq.*); and (6) is liable for fraudulent omission as alleged in this Complaint.

33.    <u>Adequate Representation</u>:    Plaintiff will fairly and adequately protect the interests of the Class Members.   Plaintiff has retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Plaintiff intends to prosecute this action vigorously.

34.    <u>Predominance and Superiority</u>:   Plaintiff and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.   A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law.   Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendant's misconduct.   Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue without remedy.   Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

# FIRST CAUSE OF ACTION

(Violation of California's Consumers Legal Remedies Act,
California Civil Code § 1750 *et seq.* ("CLRA"))

35.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

36.     Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

37.     Hyundai is a "person" as defined by California Civil Code § 1761(c).

38.     Plaintiff and the other Class Members are "consumers" within the meaning of California Civil Code § 1761(d).

39.     By failing to disclose and concealing the defective nature of the Class Vehicles' powertrains from Plaintiff and prospective Class Members, Defendant violated California Civil Code § 1770(a), as it represented that the Class Vehicles had characteristics and benefits that they do not have, represented that the Class Vehicles were of a particular standard, quality, or grade when they were of another, and advertised the Class Vehicles with the intent not to sell them as advertised.  *See* Cal. Civ. Code §§ 1770(a)(5), (7) & (9).

40.     Defendant's unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

41.     Defendant knew that the Class Vehicles' powertrains suffered from an inherent defect, were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

42.    Defendant was under a duty to Plaintiff and the Class Members to disclose the defective nature of the Class Vehicles' powertrains and/or the associated repair costs because:

a.    Defendant was in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' powertrains;

b.    Plaintiff and the Class Members could not reasonably have been expected to learn or discover that their powertrains have a dangerous safety defect until after they purchased the Class Vehicles; and

c.    Defendant knew that Plaintiff and the Class Members could not reasonably have been expected to learn about or discover the Powertrain Defect.

43.    By failing to disclose the Powertrain Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so.

44.    The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known that the Class Vehicles' powertrains were defective, they would not have purchased the Class Vehicles or would have paid less for them.

45.    Plaintiff and the other Class Members are reasonable consumers who do not expect that their vehicles will suffer from a Powertrain Defect.  That is the reasonable and objective consumer expectation for vehicles and their powertrains.

46.    As a result of Defendant's misconduct, Plaintiff and the other Class Members have been harmed and have suffered actual damages in that the Class Vehicles and their powertrains are defective and require repairs or replacement.

47.    As a direct and proximate result of Defendant's unfair or deceptive acts or practices, Plaintiff and the other Class Members have suffered and will continue to suffer actual damages.

48.    By a letter dated March 12, 2018, and sent via certified mail, Plaintiff provided Defendant with notice of its alleged violations of the CLRA pursuant to California Civil Code Section 1782(a) and demanded that Defendant rectify the problems associated with the behavior detailed above.  As of the filing of this Complaint Defendant has failed to respond to Plaintiff's demands and has failed to give notice to all affected consumers, as required by California Civil Code Section 1782.

49.    Accordingly, Plaintiffs seek an order enjoining the acts and practices described above.

50.    Plaintiff's additionally seek actual damages, restitution, statutory and punitive damages, attorneys' fees and costs, and any other relief that the Court deems proper under section 1780(a) of the CLRA pursuant to Civil Code Section 1782(d), due to Defendant's failure to rectify or agree to adequately rectify its violations as detailed above.

## SECOND CAUSE OF ACTION

(Violation of Unfair Competition Law,
California Business & Professions Code § 17200 *et seq.* ("UCL"))

51.    Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

52.     Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

53.     California Business & Professions Code Section 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

54.     Defendant knew that the Class Vehicles' powertrains suffered from an inherent defect, were defectively designed and/or manufactured, would fail prematurely, and were not suitable for their intended use.

55.     In failing to disclose the Powertrain Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so, thereby engaging in a fraudulent business act or practice within the meaning of the UCL.

56.     Defendant was under a duty to Plaintiff and the other Class Members to disclose the defective nature of the Class Vehicles' powertrains because:

a.     Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' powertrains;

b.     Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles' powertrains; and

c.     Defendant actively concealed the defective nature of the Class Vehicles' powertrains from Plaintiff and Class Members at the time of sale and thereafter.

57.    The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material because a reasonable person would have considered them to be important in deciding whether or not to purchase or lease Defendant's Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known that the Class Vehicles suffered from the Powertrain Defect described herein, they would not have purchased or leased the Class Vehicles or would have paid less for them.

58.    Defendant continued to conceal the defective nature of the Class Vehicles and their powertrains even after Class Members began to report problems.  Indeed, Defendant continues to cover up and conceal the true nature of this systematic problem today.

59.    Defendant's omissions of material facts, as set forth herein, also constitute "unfair" business acts and practices within the meaning of the UCL, in that Defendant's conduct was injurious to consumers, offended public policy, and was unethical and unscrupulous.  Plaintiff also asserts a violation of public policy arising from Defendant's withholding of material safety facts from consumers.    Defendant's violation of consumer protection and unfair competition laws resulted in harm to consumers.

60.    Defendant's omissions of material facts, as set forth herein, also constitute unlawful business acts or practices because they violate consumer protection laws, warranty laws and the common law as set forth herein.

61.    Thus, by its conduct, Defendant has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

62.    Defendant's unfair or deceptive acts or practices occurred repeatedly in Defendant's trade or business, and were capable of deceiving a substantial portion of the purchasing public.

63.     As a direct and proximate result of Defendant's unfair and deceptive practices, Plaintiff and Class Members have suffered and will continue to suffer actual damages.

64.     Defendant has been unjustly enriched and should be required to make restitution to Plaintiff and Class Members pursuant to sections 17203 and 17204 of the Business & Professions Code.

### THIRD CAUSE OF ACTION

(Breach of Implied Warranty pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1 *et seq.,* and *Cal. Comm. Code §2314*)

65.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

66.     Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

67.     Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased.

68.     Defendant provided Plaintiff and Class Members with an implied warranty that the Class Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles were and are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because the Class Vehicles suffer from a Powertrain Defect that can make driving unreasonably dangerous.

69.     Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles' powertrains designed,

manufactured, supplied, distributed, and/or sold by Defendant were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles' powertrains would be fit for their intended use while the Class Vehicles were being operated.

70.     Contrary to the applicable implied warranties, the Class Vehicles' powertrains, at the time of sale and thereafter, were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class Members with reliable, durable, and safe transportation.   Instead, the Class Vehicles are defective, as described more fully above.

71.     Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code sections 1792 and 1791.1, and California Commercial Code section 2314.

## FOURTH CAUSE OF ACTION

(Breach of Express Warranty, Cal. Com. Code § 2313)

72.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

73.     Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

74.     Defendant provided all purchasers and lessees of the Class Vehicles with the express warranty described herein, which became a material part of the bargain.   Accordingly, Defendant's express warranty is an express warranty under California law.

75.     Defendant provided all purchasers and lessees of the Class Vehicles with a New Vehicle Limited Warranty.   In this New Vehicle Limited Warranty, Defendant expressly warranted that it covered "[r]epair and replacement of any

component originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama, Kia Motors Manufacturing Georgia, or Hyundai Motor America that is found to be defective in material or workmanship […]"  Defendant promised New Vehicle Limited Warranty coverage of 5 years or 60,000 miles, whichever occurs first.  In addition, Defendant promised Powertrain coverage of 10 years or 100,000 miles, whichever occurs first, for original owners, and 5 years or 60,000 miles for subsequent purchasers.

76.    Defendant breached the express warranty through the acts and omissions described above.

77.    Plaintiff was not required to notify Hyundai of the breach because affording Hyundai a reasonable opportunity to cure its breach of written warranty would have been futile.  Hyundai was also on notice of the Defect from the complaints and service requests it received from Class Members, from repairs and/or replacements of the Class Vehicles' powertrains, and through other internal sources.

78.    As a result of Defendant's breach of the applicable express warranties, owners and/or lessees of the Class Vehicles suffered, and continue to suffer, an ascertainable loss of money, property, and/or value of their Class Vehicles.  Additionally, as a result of the Powertrain Defect, Plaintiff and Class Members were harmed and suffered actual damages in that the Class Vehicles' powertrains are substantially certain to fail before their expected useful life has run.

79.    As a result of Defendant's breach of the express warranty, Plaintiff and Class Members are entitled to legal and equitable relief against Defendant, including actual damages, specific performance, attorney's fees, costs of suit, and other relief as appropriate.

**FIFTH CAUSE OF ACTION**

(Breach of Implied and Written Warranties Under Magnuson-Moss Warranty Act,
15 U.S.C. § 2301 *et seq.*)

80.    Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

81.    Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

82.    Plaintiff and Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

83.    Defendant is a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§ 2301(4)-(5).

84.    The Class Vehicles are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

85.    Defendant's implied warranty is an "implied warranty" within the meaning of 15 U.S.C. § 2301(7).

86.    Defendant's express warranty is a "written warranty" within the meaning of 15 U.S.C. §2301(6).

87.    Defendant breached the implied warranty and the express warranty by virtue of the above-described acts.

88.    Plaintiff and the other Class Members notified Defendant of the breach within a reasonable time and/or were not required to do so.  Defendant was also on notice of the Powertrain Defect from, among other sources, the complaints and service requests it received from Class Members and its dealers.

89.    Defendant's breach of the implied warranty deprived Plaintiff and Class Members of the benefits of their bargains.

90.    As a direct and proximate result of Defendant's breach of the implied and express warranties, Plaintiff and the other Class Members sustained damages and other losses in an amount to be determined at trial.  Defendant's conduct damaged Plaintiff and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, and costs, including statutory attorney fees and/or other relief as appropriate.

## SIXTH CAUSE OF ACTION

### (Fraudulent Omission)

91.    Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

92.    Plaintiff brings this cause of action on behalf of himself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

93.    Defendant knew that the Class Vehicles' powertrains were defectively designed and/or manufactured, would fail, and were not suitable for their intended use.

94.    Defendant concealed from and failed to disclose to Plaintiff and Class Members the defective nature of the Class Vehicles and their powertrains.

95.    Defendant was under a duty to Plaintiff and Class Members to disclose the defective nature of the Class Vehicles' powertrains because:

    a.    Defendant was in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' powertrains;

    b.    Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the powertrains; and

c.     Defendant actively concealed the defective nature of the Class Vehicles' powertrains from Plaintiff and Class Members.

96.     The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Defendant's Class Vehicles or pay a lesser price for them. Had Plaintiff and Class Members known about the defective nature of the Class Vehicles' powertrains, they would not have purchased or leased the Class Vehicles, or would have paid less for them.

97.     Defendant concealed or failed to disclose the true nature of the design and/or manufacturing defects contained in the Class Vehicles' powertrains in order to induce Plaintiff and Class Members to act thereon. Plaintiff and the other Class Members justifiably relied on Defendant's omissions to their detriment. This detriment is evident from Plaintiff's and Class Members' purchase or lease of Defendant's defective Class Vehicles.

98.     Defendant continued to conceal the defective nature of the Class Vehicles' powertrains even after Class Members began to report the problems. Indeed, Defendant continues to cover up and conceal the true nature of the problem today.

99.     As a direct and proximate result of Defendant's misconduct, Plaintiff and Class Members have suffered and will continue to suffer actual damages.

## **RELIEF REQUESTED**

100.  Plaintiff, on behalf of himself and all others similarly situated, requests the Court to enter judgment against Defendant, and issue an order providing the following relief:

a.    That Defendant provide notice, in a form pre-approved by the counsel identified below, to all current owners or lessees of the Class Vehicles in the United States and in the said notice offer to replace the defective powertrain contained in every Class Vehicle with a non-defective powertrain;

b.    That Defendant provide notice, in a form pre-approved by the counsel identified below, to all current and subsequent owners and lessees of the Class Vehicles in the United States and in the said notice extend the warranty for the Class Vehicles' powertrains to 10 years from the date an adequate fix or replacement is implemented/unlimited miles applicable to both original and subsequent purchasers of every Class Vehicle;

c.    That Defendant offer to reimburse all current and former owners and lessees in the United Sates who have purchased or leased the Class Vehicles, all expenses already incurred as a result of the Powertrain Defect, including repairs, diagnostics, and any other consequential and incidental damages (*e.g.* towing charges, vehicle rentals, etc.);

d.    That Defendant immediately cease the sale and leasing of the Class Vehicles at all authorized Hyundai dealerships without first notifying the purchasers of the Powertrain Defect, and otherwise immediately cease to engage in the violations of law as set forth above;

e.    Damages and restitution in an amount to be proven at trial;

f.    An order certifying the proposed Classes, designating Plaintiff as named representative of the Classes, and designating the undersigned as Class Counsel;

g.    A declaration that Defendant is financially responsible for notifying all Class Members about the defective nature of the Class Vehicles' powertrains;

h.    Any and all remedies provided pursuant to the UCL, CLRA, California's express and implied warranty laws alleged herein, California's common law fraud laws, and the Magnuson-Moss Warranty Act;

i.    An award to Plaintiff and the Class of compensatory, exemplary, and statutory damages, including interest, in an amount to be proven at trial;

j.    A declaration that Defendant must disgorge, for the benefit of the Class, all or part of the ill-gotten profits it received from the sale or lease of the Class Vehicles, and/or make full restitution to Plaintiff and Class Members;

k.    An award of attorneys' fees and costs, as allowed by law;

l.    An award of attorneys' fees and costs pursuant to California Code of Civil Procedure Section 1021.5;

m.    An award of pre-judgment and post-judgment interest, as provided by law;

n.    Leave to amend the Complaint to conform to the evidence produced at trial; and

o.    Such other relief as may be appropriate under the circumstances.

## __DEMAND FOR JURY TRIAL__

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all issues in this action so triable as of right.

Dated:  July 20, 2018

GREENSTONE LAW APC

By:  *s/ Mark S. Greenstone*
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile:  (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Marc L. Godino
Danielle L. Manning
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff*